**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD BARTLETT AND KRISTINE SNYDER, on Behalf of Themselves and All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>    v.<br><br>BP WEST COAST PRODUCTS LLC; CHEVRON U.S.A. INC., TESORO REFINING & MARKETING COMPANY LLC, EQUILON ENTERPRISES LLC, EXXON MOBIL CORPORATION, VALERO MARKETING AND SUPPLY COMPANY, CONOCOPHILLIPS, ALON USA ENERGY, INC., and DOES 1-25, Inclusive,<br><br>                    Defendants. | Case No. 3:18-cv-01374-L-AGS<br><br>**<u>CLASS ACTION</u>**<br><br>**ORDER CONSOLIDATING RELATED ACTIONS AND SETTING INITIAL CASE SCHEDULE**<br><br><br><br>Judge: Hon. M. James Lorenz<br>Courtroom: 5B<br>Date Action Filed: June 21, 2018 |

[Caption continued on next page]

| | |
|---|---|
| DAVID RINALDI, JOSHUA EBRIGHT, and PAUL LEE, on Behalf of Themselves and All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>  v.<br><br>BP WEST COAST PRODUCTS LLC; CHEVRON U.S.A. INC., TESORO REFINING & MARKETING COMPANY LLC, EQUILON ENTERPRISES LLC, EXXON MOBIL CORPORATION, VALERO MARKETING AND SUPPLY COMPANY, CONOCOPHILLIPS, ALON USA ENERGY, INC., and DOES 1-25, Inclusive,<br><br>                Defendants. | Case No. 3:18-cv-01377-L-AGS<br><br>**CLASS ACTION**<br><br><br><br><br><br><br><br><br><br><br><br>Judge: Hon. M. James Lorenz<br>Courtroom: 5B<br>Date Action Filed: June 21, 2018 |

Pending before the Court are Plaintiffs' Response to Order to Show Cause (case no. 18cv1374 doc. no. 35; case no. 18cv1377 doc. no. 33) and the parties' Joint Motion to Consolidate Related Actions and Set Initial Case Schedule (case no. 18cv1374 doc. no. 36; case no. 18cv1377 doc. no. 34 (the "Joint Motion")). The parties agree that cases no. 18cv1374 and 18cv1377 should be consolidated pursuant to Federal Rule of Civil Procedure 42(a). Accordingly, the Joint Motion is granted as follows:

    1.    Cases no. 18cv1374 and 18cv1377 are consolidated for all pre-trial proceedings (individually referred to as the "Related Cases" and collectively as the "Consolidated Action"). Case no. 18cv1374 is designated as the lead case ("Lead Case").

    2.    All documents filed in the Related Cases shall only be docketed in the Lead Case.

/ / / / /

3. All documents filed in the Related Cases shall bear the following caption:

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD BARTLETT AND KRISTINE SNYDER, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>BP WEST COAST PRODUCTS LLC; CHEVRON U.S.A. INC., TESORO REFINING & MARKETING COMPANY LLC, EQUILON ENTERPRISES LLC, EXXON MOBIL CORPORATION, VALERO MARKETING AND SUPPLY COMPANY, CONOCOPHILLIPS, ALON USA ENERGY, INC., and DOES 1-25, Inclusive,<br><br>Defendants. | Lead Case No. 3:18-cv-01374-L-AGS (consolidated with No. 3:18-cv-01377-L-AGS)<br><br>**CLASS ACTION** |

4. Defendants need not respond to the Related Cases individually.

5. No later than August 8, 2018, Plaintiffs shall file a consolidated complaint (the "Consolidated Complaint"), which shall be the operative complaint in the Consolidated Action and shall supersede the complaints filed in the Related Cases.

6. No later than September 7, 2018, Defendants shall file and serve their response, if any, to the Consolidated Complaint.

/ / / / /

7. Pursuant to Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure, service by e-mail transmission shall be permitted in addition to service via ECF notification.

**IT IS SO ORDERED.**

Dated: July 26, 2018

_____
Hon. M. James Lorenz
United States District Judge