Michael R. Matthias, SBN 057728
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA  90025-0509
Telephone:   310-820-8800
Facsimile:   310-820-8859
E-mail:       mmatthias@bakerlaw.com

Carl W. Hittinger (*pro hac vice*)
Jeffry W. Duffy (*pro hac vice*)
Tyson Y. Herrold (*pro hac vice*)
Jeanne-Michele Mariani (*pro hac vice*)
**BAKER & HOSTETLER LLP**
2929 Arch Street
Cira Centre, 12th Floor
Philadelphia, PA  19104
Telephone:   215-568-3100
Facsimile:   215-568-3439

E-mail:       chittinger@bakerlaw.com
              jduffy@bakerlaw.com
              therrold@bakerlaw.com
              jmariani@bakerlaw.com

*Attorneys for Defendant*
Alon USA Energy, Inc.

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD BARTLETT *et al.*, on Behalf of Themselves and All Others Similarly Situated, <br><br>         Plaintiffs, <br><br>     v. <br><br> BP WEST COAST PRODUCTS LLC *et al.*, <br><br>         Defendants. | Lead Case No. 3:18-cv-01374-L-AGS <br><br> **DEFENDANT ALON USA ENERGY, INC.'S ANSWER TO CONSOLIDATED COMPLAINT AND AFFIRMATIVE DEFENSES** |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW

To the extent it does not specifically admit an allegation, Defendant Alon USA Energy Inc. ("Alon") denies each allegation in Plaintiffs' Consolidated Complaint. Alon further responds as follows:

1.     Denied. This paragraph consists of vague, conclusory allegations that are not specific to Alon, and those and any remaining allegations are denied because Alon lacks knowledge or information sufficient to form a belief as to their truth. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

2.     Denied. This paragraph consists of vague, conclusory allegations that are not specific to Alon, and those and any remaining allegations are denied because Alon lacks knowledge or information sufficient to form a belief as to their truth. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

3.     Denied. This paragraph consists of vague, conclusory allegations that are not specific to Alon, and those and any remaining allegations are denied because Alon lacks knowledge or information sufficient to form a belief as to their truth. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

4.     Denied. This paragraph consists of vague, conclusory allegations that are not specific to Alon, and those and any remaining allegations are denied because Alon lacks knowledge or information sufficient to form a belief as to their truth. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

5.     Denied. Alon denies that any shutdowns at its California refineries were "suspect." This paragraph otherwise consists of vague, conclusory allegations that are not specific to Alon, and those and any remaining allegations are denied because Alon lacks knowledge or information sufficient to form a belief as to their truth. To the extent the cited report by McCullough Research exists and is accurately quoted by Plaintiffs, those alleged hearsay statements speak for themselves, and no further response is required. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW

-2-

1      6.    Denied. This paragraph consists of vague, conclusory allegations that are

2  not specific to Alon, and those and any remaining allegations are denied because Alon

3  lacks knowledge or information sufficient to form a belief as to their truth. To the

4  extent the cited 2012 McCullough Report exists and is accurately quoted by Plaintiffs,

5  that alleged hearsay statement speaks for itself, and no further response is required.

6  Alon denies that it was involved in any anticompetitive conduct to increase gasoline

7  prices.

8      7.    Denied. This paragraph consists of vague, conclusory allegations that are

9  not specific to Alon, and those and any remaining allegations are denied because Alon

10  lacks knowledge or information sufficient to form a belief as to their truth. To the

11  extent the cited Energy Information Administration data exists and is accurately cited

12  by Plaintiffs, that hearsay data speaks for itself, and no further response is required.

13  Alon denies that it was involved in any anticompetitive conduct to increase gasoline

14  prices.

15      8.    Denied. Alon denies that it owned or controlled any ocean-going fuel

16  tanker capacity, and Alon denies that it exported gasoline out of California. This

17  paragraph otherwise consists of vague, conclusory allegations that are not specific to

18  Alon, and those and any remaining allegations are denied because Alon lacks

19  knowledge or information sufficient to form a belief as to their truth. Alon denies that

20  it was involved in any anticompetitive conduct to increase gasoline prices.

21      9.    Denied. This paragraph consists of vague, conclusory allegations that are

22  not specific to Alon, and those and any remaining allegations are denied because Alon

23  lacks knowledge or information sufficient to form a belief as to their truth. Alon

24  denies that it participated in any scheme to create a false impression of a gasoline

25  shortage, and Alon denies that it was involved in any anticompetitive conduct to

26  increase gasoline prices.

27      10.    This paragraph alleges only conclusions of law to which no response is

28  required.

Baker & Hostetler llp
Attorneys at Law

-3-

1    11.    This paragraph alleges only conclusions of law to which no response is
2    required.

3    12.    This paragraph alleges only conclusions of law to which no response is
4    required.

5    13.    This paragraph alleges only conclusions of law to which no response is
6    required.

7    14.    This paragraph alleges only conclusions of law to which no response is
8    required.

9    15.    This paragraph alleges only conclusions of law to which no response is
10    required.

11    16.    This paragraph alleges only conclusions of law to which no response is
12    required.

13    17.    Alon lacks knowledge or information sufficient to form a belief about the
14    truth of the allegations in this paragraph, which are therefore denied.

15    18.    Alon lacks knowledge or information sufficient to form a belief about the
16    truth of the allegations in this paragraph, which are therefore denied.

17    19.    Alon lacks knowledge or information sufficient to form a belief about the
18    truth of the allegations in this paragraph, which are therefore denied.

19    20.    Alon lacks knowledge or information sufficient to form a belief about the
20    truth of the allegations in this paragraph, which are therefore denied.

21    21.    Alon lacks knowledge or information sufficient to form a belief about the
22    truth of the allegations in this paragraph, which are therefore denied.

23    22.    This paragraph is not directed to Alon, so no response is required. To the
24    extent a response is required, Alon lacks knowledge or information sufficient to form
25    a belief about the truth of the allegations, which are therefore denied.

26    23.    This paragraph is not directed to Alon, so no response is required. To the
27    extent a response is required, Alon lacks knowledge or information sufficient to form
28    a belief about the truth of the allegations, which are therefore denied.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW

-4-

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW

24.     This paragraph is not directed to Alon, so no response is required. To the extent a response is required, Alon lacks knowledge or information sufficient to form a belief about the truth of the allegations, which are therefore denied.

25.     This paragraph is not directed to Alon, so no response is required. To the extent a response is required, Alon lacks knowledge or information sufficient to form a belief about the truth of the allegations, which are therefore denied.

26.     This paragraph is not directed to Alon, so no response is required. To the extent a response is required, Alon lacks knowledge or information sufficient to form a belief about the truth of the allegations, which are therefore denied.

27.     This paragraph is not directed to Alon, so no response is required. To the extent a response is required, Alon lacks knowledge or information sufficient to form a belief about the truth of the allegations, which are therefore denied.

28.     This paragraph is not directed to Alon, so no response is required. To the extent a response is required, Alon lacks knowledge or information sufficient to form a belief about the truth of the allegations, which are therefore denied.

29.     Admitted in part and denied in part. Alon admits that it is a Delaware corporation, that it is an independent refiner and marketer of petroleum products, and that it currently operates in the South Central and Southwestern regions of the United States. Alon denies that it currently conducts any refining operations in the Western region of the United States, if by "Western region" Plaintiffs mean the West Coast states of California, Oregon, and Washington. Alon admits that its Bakersfield refinery has a nominal crude capacity of 70,000 barrels per day. Alon denies that its Bakersfield refinery comprises more than 600 acres of land. Alon denies that its Bakersfield refinery actually processes 70,000 barrels of crude oil per day, because Alon denies that its Bakersfield refinery has processed any crude oil since Alon acquired it. Alon denies that its principal executive offices are located in Dallas, Texas; instead, Alon's principal executive offices are located in Brentwood, Tennessee, and Alon maintains a presence in Dallas, Texas. Alon further admits that

-5-

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW

on July 1, 2017, Delek US Holdings, Inc. closed the acquisition of the remaining outstanding shares of Alon. Alon denies that it is a wholly-owned subsidiary of Delek US Holdings, Inc.; instead, Alon is 53% owned by Delek US Holdings, Inc., and 47% owned by Delek US Energy, Inc., which is in turn wholly owned by Delek US Holdings, Inc. All other allegations in this paragraph are denied.

30.     This paragraph alleges only conclusions of law to which no response is required. To the extent a response is required, denied. Because Plaintiffs fail to define the term "California gasoline refinery market," Alon lacks knowledge or information sufficient to form a belief as to the truth of the allegations, which are therefore denied. Alon further denies that it has conducted any gasoline refining operations in California since the end of 2012.

31.     This paragraph is not directed to Alon, so no response is required. To the extent a response is required, Alon lacks knowledge or information sufficient to form a belief as to the truth of the allegations, which are therefore denied.

32.     Denied. This paragraph consists of vague, conclusory allegations that are not specific to Alon, and those and any remaining allegations are denied because Alon lacks knowledge or information sufficient to form a belief as to their truth. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

33.     Denied. This paragraph consists of vague, conclusory allegations that are not specific to Alon, and those and any remaining allegations are denied because Alon lacks knowledge or information sufficient to form a belief as to their truth. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

34.     Admitted in part and denied in part. Alon admits only that its Bakersfield facility was not operating between April 20, 2012 and May 15, 2012. Alon denies that it scheduled a shutdown of its Bakersfield refinery for maintenance during that specific time period, that it coordinated the shutdown of its Bakersfield refinery with any other refiner, and that the shutdown of its Bakersfield refinery was "suspicious." Alon denies all other allegations in this paragraph because it lacks knowledge or

1   information sufficient to form a belief as to their truth. Alon denies that it was
2   involved in any anticompetitive conduct to increase gasoline prices.

3       35.     Denied. This paragraph consists of vague, conclusory allegations that are
4   not specific to Alon, and those and any remaining allegations are denied because Alon
5   lacks knowledge or information sufficient to form a belief as to their truth. To the
6   extent the cited 2012 McCullough Report exists and is accurately quoted by Plaintiffs,
7   that alleged hearsay statement speaks for itself, and no further response is required.
8   Alon denies that it was involved in any anticompetitive conduct to increase gasoline
9   prices.

10      36.     Denied. Alon denies that it was subject to any "fines … over readily
11  noticeable defects that led to refinery shutdowns." This paragraph otherwise consists
12  of vague, conclusory allegations that are not specific to Alon, and those and any
13  remaining allegations are denied because Alon lacks knowledge or information
14  sufficient to form a belief as to their truth. Alon denies that it was involved in any
15  anticompetitive conduct to increase gasoline prices.

16      37.     Denied. This paragraph consists of vague, conclusory allegations that are
17  not specific to Alon, and those and any remaining allegations are denied because Alon
18  lacks knowledge or information sufficient to form a belief as to their truth. Alon
19  denies that it was involved in any anticompetitive conduct to increase gasoline prices.

20      38.     Denied. Alon denies that it had advance notice that ExxonMobil would
21  report problems with its Torrance refinery in October 2012. Alon further denies the
22  allegations of this paragraph concerning "major oil companies" because Plaintiffs do
23  not explain what they mean by "major oil companies"; Alon does not consider itself to
24  have been a "major oil company" in the California market. The other allegations in
25  this paragraph are vague, conclusory, and not specific to Alon, and those and any
26  remaining allegations are denied because Alon lacks knowledge or information
27  sufficient to form a belief as to their truth. To the extent the cited 2013 McCullough
28  Report exists and is accurately quoted by Plaintiffs, that alleged hearsay statement

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW

-7-

1  speaks for itself, and no further response is required. Alon denies that it was involved
2  in any anticompetitive conduct to increase gasoline prices.

3      39.    Denied. This paragraph consists of vague, conclusory allegations that are
4  not specific to Alon, and those and any remaining allegations are denied because Alon
5  lacks knowledge information sufficient to form a belief as to their truth. To the extent
6  Consumer Watchdog made the referenced statement and it is accurately quoted by
7  Plaintiffs, that alleged hearsay statement speaks for itself, and no further response is
8  required. Further, to the extent the cited Los Angeles Times article exists and is
9  accurately cited by Plaintiffs, those alleged hearsay statements speak for themselves
10  and no further response is required. Alon denies that it was involved in any
11  anticompetitive conduct to increase gasoline prices.

12      40.    Admitted in part and denied in part. Alon admits only that its Bakersfield
13  facility was not operating as of April 20, 2012. Alon denies all other allegations in this
14  paragraph that are specific to Alon. As for the remaining allegations in this paragraph
15  that are not directed to Alon, Alon denies those allegations because it lacks knowledge
16  or information sufficient to form a belief as to their truth. Alon denies that it was
17  involved in any anticompetitive conduct to increase gasoline prices.

18      41.    Denied. This paragraph consists of vague, conclusory allegations that are
19  not specific to Alon, and those and any remaining allegations are denied because Alon
20  lacks knowledge or information sufficient to form a belief as to their truth. Alon
21  denies that it was involved in any anticompetitive conduct to increase gasoline prices.

22      42.    Denied. This paragraph consists of vague, conclusory allegations that are
23  not specific to Alon, and those and any remaining allegations are denied because Alon
24  lacks knowledge or information sufficient to form a belief as to their truth. To the
25  extent the cited article from The Oregonian exists and is accurately cited by Plaintiffs,
26  those alleged hearsay statements speak for themselves, and no further response is
27  required. Alon denies that it was involved in any anticompetitive conduct to increase
28  gasoline prices.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW

-8-

43.     Denied. This paragraph consists of vague, conclusory allegations that are not specific to Alon, and those and any remaining allegations are denied because Alon lacks knowledge or information sufficient to form a belief as to their truth. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

44.     Denied. Although Plaintiffs do not identify any purported "irregularities" in Alon's record-keeping, Alon denies that there are any material irregularities in its record keeping concerning maintenance and outages at its California refineries. The remainder of this paragraph consists of vague, conclusory allegations that are not specific to Alon, and those and any remaining allegations are denied because Alon lacks knowledge or information sufficient to form a belief as to their truth. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

45.     Denied. This paragraph consists of vague, conclusory allegations that are not specific to Alon, and those and any remaining allegations are denied because Alon lacks knowledge or information sufficient to form a belief as to their truth. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

46.     Denied. This paragraph consists of vague, conclusory allegations that are not specific to Alon, and those and any remaining allegations are denied because Alon lacks knowledge or information sufficient to form a belief as to their truth. To the extent the cited Consumer Watchdog article exists and is accurately cited by Plaintiffs, those alleged hearsay statements speak for themselves, and no further response is required. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

47.     Denied. This paragraph consists of vague, conclusory allegations that are not specific to Alon, and those and any remaining allegations are denied because Alon lacks knowledge or information sufficient to form a belief as to their truth. To the extent the cited 2012 McCullough Report and chart exist and are accurately cited and reproduced by Plaintiffs, those alleged hearsay statements speak for themselves, and

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW

1    no further response is required. Alon denies that it was involved in any

2    anticompetitive conduct to increase gasoline prices.

3        48.    Denied. Alon denies that it is a member of WSPA and denies that it was a

4    member of WSPA at any relevant time. The remainder of this paragraph consists of

5    vague, conclusory allegations that are not specific to Alon, and those and any

6    remaining allegations are denied because Alon lacks knowledge or information

7    sufficient to form a belief as to their truth. To the extent the cited McCullough

8    Rebuttal exists and is accurately cited by Plaintiffs, those alleged hearsay statements

9    speak for themselves, and no further response is required. Alon denies that it was

10   involved in any anticompetitive conduct to increase gasoline prices.

11       49.    Denied. This paragraph consists of vague, conclusory allegations that are

12   not specific to Alon, and those and any remaining allegations are denied because Alon

13   lacks knowledge or information sufficient to form a belief as to their truth. Alon

14   denies that it was involved in any anticompetitive conduct to increase gasoline prices.

15       50.    Denied. This paragraph consists of vague, conclusory allegations that are

16   not specific to Alon, and those and any remaining allegations are denied because Alon

17   lacks knowledge or information sufficient to form a belief as to their truth. To the

18   extent Tesoro's CEO made the referenced statement and it is accurately quoted by

19   Plaintiffs, that alleged hearsay statement speaks for itself, and no further response is

20   required. Alon denies that it was involved in any anticompetitive conduct to increase

21   gasoline prices.

22       51.    Denied. This paragraph consists of vague, conclusory allegations that are

23   not specific to Alon, and those and any remaining allegations are denied because Alon

24   lacks knowledge or information sufficient to form a belief as to their truth. To the

25   extent the cited Los Angeles Times article exists and it is accurately quoted by

26   Plaintiffs, that alleged hearsay statement speaks for itself, and no further response is

27   required. Alon denies that it was involved in any anticompetitive conduct to increase

28   gasoline prices.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW

-10-

1    52.    Denied. This paragraph consists of vague, conclusory allegations that are

2   not specific to Alon, and those and any remaining allegations are denied because Alon

3   lacks knowledge or information sufficient to form a belief as to their truth. Alon

4   denies that it was involved in any anticompetitive conduct to increase gasoline prices.

5    53.    Denied. This paragraph consists of vague, conclusory allegations that are

6   not specific to Alon, and those and any remaining allegations are denied because Alon

7   lacks knowledge or information sufficient to form a belief as to their truth. Alon

8   denies that it was involved in any anticompetitive conduct to increase gasoline prices.

9    54.    Denied. This paragraph consists of vague, conclusory allegations that are

10   not specific to Alon, and those and any remaining allegations are denied because Alon

11   lacks knowledge or information sufficient to form a belief as to their truth. Alon

12   denies that it was involved in any anticompetitive conduct to increase gasoline prices.

13    55.    Denied. This paragraph consists of vague, conclusory allegations that are

14   not specific to Alon, and those and any remaining allegations are denied because Alon

15   lacks knowledge or information sufficient to form a belief as to their truth. To the

16   extent the cited DailyBreeze article exists and it is accurately quoted by Plaintiffs, that

17   alleged hearsay statement speaks for itself, and no further response is required. Alon

18   denies that it was involved in any anticompetitive conduct to increase gasoline prices.

19    56.    Denied. Alon denies that it existed in the 1990s. This paragraph

20   otherwise consists of vague, conclusory allegations that are not specific to Alon, and

21   those and any remaining allegations are denied because Alon lacks knowledge or

22   information sufficient to form a belief as to their truth. To the extent the cited internal

23   Chevron memo exists and is accurately quoted by Plaintiffs, that alleged hearsay

24   statement speaks for itself, and no further response is required. Alon denies that it was

25   involved in any anticompetitive conduct to increase gasoline prices.

26    57.    Denied. This paragraph consists of vague, conclusory allegations that are

27   not specific to Alon, and those and any remaining allegations are denied because Alon

28   lacks knowledge or information sufficient to form a belief as to their truth. To the

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW

-11-

1   extent the cited "letter to a number of western state attorneys general" exists and is

2   accurately quoted by the Plaintiff, that alleged hearsay statement speaks for itself, and

3   no further response is required. Alon denies that it was involved in any

4   anticompetitive conduct to increase gasoline prices.

5        58.    Denied. This paragraph consists of vague, conclusory allegations that are

6   not specific to Alon, and those and any remaining allegations are denied because Alon

7   lacks knowledge or information sufficient to form a belief as to their truth. Alon

8   denies that it was involved in any anticompetitive conduct to increase gasoline prices.

9        59.    Denied. This paragraph consists of vague, conclusory allegations that are

10   not specific to Alon, and those and any remaining allegations are denied because Alon

11   lacks knowledge or information sufficient to form a belief as to their truth. Alon

12   denies that it was involved in any anticompetitive conduct to increase gasoline prices.

13        60.    Denied. This paragraph consists of vague, conclusory allegations that are

14   not specific to Alon, and those and any remaining allegations are denied because Alon

15   lacks knowledge or information sufficient to form a belief as to their truth. Alon

16   denies that it was involved in any anticompetitive conduct to increase gasoline prices.

17        61.    Denied. This paragraph consists of vague, conclusory allegations that are

18   not specific to Alon, and those and any remaining allegations are denied because Alon

19   lacks knowledge or information sufficient to form a belief as to their truth. Alon

20   denies that it was involved in any anticompetitive conduct to increase gasoline prices.

21        62.    Denied. This paragraph consists of vague, conclusory allegations that are

22   not specific to Alon, and those and any remaining allegations are denied because Alon

23   lacks knowledge or information sufficient to form a belief as to their truth. Alon

24   denies that it was involved in any anticompetitive conduct to increase gasoline prices.

25        63.    Denied. This paragraph consists of vague, conclusory allegations that are

26   not specific to Alon, and those and any remaining allegations are denied because Alon

27   lacks knowledge or information sufficient to form a belief as to their truth. Alon

28   denies that it was involved in any anticompetitive conduct to increase gasoline prices.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW

-12-

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW

64.     Denied. This paragraph consists of vague, conclusory allegations that are not specific to Alon, and those and any remaining allegations are denied because Alon lacks knowledge or information sufficient to form a belief as to their truth. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

65.     Denied. This paragraph consists of vague, conclusory allegations that are not specific to Alon, and those and any remaining allegations are denied because Alon lacks knowledge or information sufficient to form a belief as to their truth. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

66.     Denied. This paragraph consists of vague, conclusory allegations that are not specific to Alon, and those and any remaining allegations are denied because Alon lacks knowledge or information sufficient to form a belief as to their truth. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

67.     Denied. This paragraph consists of vague, conclusory allegations that are not specific to Alon, and those and any remaining allegations are denied because Alon lacks knowledge or information sufficient to form a belief as to their truth. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

68.     Denied. This paragraph consists of vague, conclusory allegations that are not specific to Alon, and those and any remaining allegations are denied because Alon lacks knowledge or information sufficient to form a belief as to their truth. To the extent the cited California State Lands Commission and Platts data exists and is accurately characterized by Plaintiffs, those alleged hearsay statements speak for itself, and no further response is required. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

69.     Denied. This paragraph consists of vague, conclusory allegations that are not specific to Alon, and those and any remaining allegations are denied because Alon lacks knowledge or information sufficient to form a belief as to their truth. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

70.     Denied. This paragraph consists of vague, conclusory allegations that are not specific to Alon, and those and any remaining allegations are denied because Alon lacks knowledge or information sufficient to form a belief as to their truth. To the extent the cited statement by Platts exists and is accurately quoted by Plaintiffs, that alleged hearsay statement speaks for itself, and no further response is required. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

71.     Denied. Alon denies that it exported gasoline out of California. This paragraph otherwise consists of vague, conclusory allegations that are not specific to Alon, and those and any remaining allegations are denied because Alon lacks knowledge or information sufficient to form a belief as to their truth. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

72.     Denied. Alon denies that it exported gasoline out of California. This paragraph otherwise consists of vague, conclusory allegations that are not specific to Alon, and those and any remaining allegations are denied because Alon lacks knowledge or information sufficient to form a belief as to their truth. To the extent the cited Daily News article exists and is accurately quoted by Plaintiffs, those alleged hearsay statements speak for themselves, and no further response is required. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

73.     Denied. Alon denies that it exported gasoline out of California. This paragraph otherwise consists of vague, conclusory allegations that are not specific to Alon, and those and any remaining allegations are denied because Alon lacks knowledge or information sufficient to form a belief as to their truth. To the extent the cited Consumer Watchdog statement and California States Lands Commission shipping records exist and are accurately quoted by Plaintiffs, those alleged hearsay statements speak for themselves, and no further response is required. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

74.     Denied. Alon denies that it exported gasoline out of California. This paragraph otherwise consists of vague, conclusory allegations that are not specific to

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW

1    Alon, and those and any remaining allegations are denied because Alon lacks

2    knowledge or information sufficient to form a belief as to their truth. To the extent the

3    cited Consumer Watchdog press release exists and is accurately quoted by Plaintiffs,

4    that alleged hearsay statement speaks for itself, and no further response is required.

5    Alon denies that it was involved in any anticompetitive conduct to increase gasoline

6    prices.

7         75.    Denied. Alon denies that it exported gasoline out of California. This

8    paragraph otherwise consists of vague, conclusory allegations that are not specific to

9    Alon, and those and any remaining allegations are denied because Alon lacks

10   knowledge or information sufficient to form a belief as to their truth. Alon denies that

11   it was involved in any anticompetitive conduct to increase gasoline prices.

12        76.    Denied. Alon denies that it exported gasoline out of California. This

13   paragraph otherwise consists of vague, conclusory allegations that are not specific to

14   Alon, and those and any remaining allegations are denied because Alon lacks

15   knowledge or information sufficient to form a belief as to their truth. To the Cody

16   Rosenfield made the cited statement and is accurately quoted by Plaintiffs, that

17   alleged hearsay statement speaks for itself, and no further response is required. Alon

18   denies that it was involved in any anticompetitive conduct to increase gasoline prices.

19        77.    Denied. Alon denies that it had an agreement with any of the other

20   Defendants or any other person or entity concerning gasoline prices or output. Alon

21   further denies that it has conducted any gasoline refining operations in California

22   since the end of 2012. This paragraph otherwise consists of vague, conclusory

23   allegations that are not specific to Alon, and those and any remaining allegations are

24   denied because Alon lacks knowledge or information sufficient to form a belief as to

25   their truth. Alon denies that it was involved in any anticompetitive conduct to increase

26   gasoline prices.

27        78.    Denied. This paragraph consists of vague, conclusory allegations that are

28   not specific to Alon, and those and any remaining allegations are denied because Alon

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW

-15-

1   lacks knowledge or information sufficient to form a belief as to their truth. Alon

2   denies that it was involved in any anticompetitive conduct to increase gasoline prices.

3      79.   Denied. This paragraph consists of vague, conclusory allegations that are

4   not specific to Alon, and those and any remaining allegations are denied because Alon

5   lacks knowledge or information sufficient to form a belief as to their truth. To the

6   extent Jamie Court of Consumer Watchdog made the cited statement and is accurately

7   quoted by Plaintiffs, that alleged hearsay statement speaks for itself, and no further

8   response is required. Alon denies that it was involved in any anticompetitive conduct

9   to increase gasoline prices.

10      80.   Denied. Alon denies that it has conducted any gasoline refining

11   operations in California since the end of 2012. This paragraph otherwise consists of

12   vague, conclusory allegations that are not specific to Alon, and those and any

13   remaining allegations are denied because Alon lacks knowledge or information

14   sufficient to form a belief as to their truth. To the extent the cited 2015 Consumer

15   Watchdog publication exists and is accurately quoted by Plaintiffs, the alleged hearsay

16   statement speaks for itself, and no further response is required. Alon denies that it was

17   involved in any anticompetitive conduct to increase gasoline prices.

18      81.   Denied. Alon denies that it has conducted any gasoline refining

19   operations in California since the end of 2012. This paragraph otherwise consists of

20   vague, conclusory allegations that are not specific to Alon, and those and any

21   remaining allegations are denied because Alon lacks knowledge or information

22   sufficient to form a belief as to their truth. Alon denies that it was involved in any

23   anticompetitive conduct to increase gasoline prices.

24      82.   Denied. This paragraph consists of vague, conclusory allegations that are

25   not specific to Alon, and those and any remaining allegations are denied because Alon

26   lacks knowledge or information sufficient to form a belief as to their truth. To the

27   extent Tesoro's CEO made the referenced statement and is accurately quoted by

28   Plaintiffs, that alleged hearsay statement speaks for itself, and no further response is

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW

-16-

1   required. Alon denies that it was involved in any anticompetitive conduct to increase

2   gasoline prices.

3       83.    Denied. This paragraph consists of vague, conclusory allegations that are

4   not specific to Alon, and those and any remaining allegations are denied because Alon

5   lacks knowledge or information sufficient to form a belief as to their truth. To the

6   extent a Chevron general manager made the referenced statement and is accurately

7   quoted by Plaintiffs, that alleged hearsay statement speaks for itself, and no further

8   response is required. Alon denies that it was involved in any anticompetitive conduct

9   to increase gasoline prices.

10      84.    Denied. This paragraph consists of vague, conclusory allegations that are

11  not specific to Alon, and those and any remaining allegations are denied because Alon

12  lacks knowledge or information sufficient to form a belief as to their truth. Alon

13  denies that it was involved in any anticompetitive conduct to increase gasoline prices.

14      85.    Denied. This paragraph consists of vague, conclusory allegations that are

15  not specific to Alon, and those and any remaining allegations are denied because Alon

16  lacks knowledge or information sufficient to form a belief as to their truth. Alon

17  denies that it was involved in any anticompetitive conduct to increase gasoline prices.

18      86.    Denied. Alon denies that it has conducted any gasoline refining

19  operations in California since the end of 2012. This paragraph otherwise consists of

20  vague, conclusory allegations that are not specific to Alon, and those and any

21  remaining allegations are denied because Alon lacks knowledge or information

22  sufficient to form a belief as to their truth. To the extent the cited California Energy

23  Commission materials exist and are accurately quoted by Plaintiffs, those alleged

24  hearsay statements speak for themselves, and no further response is required. Alon

25  denies that it was involved in any anticompetitive conduct to increase gasoline prices.

26      87.    Denied. Alon denies that it has conducted any gasoline refining

27  operations in California since the end of 2012. This paragraph otherwise consists of

28  vague, conclusory allegations that are not specific to Alon, and those and any

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW

-17-

remaining allegations are denied because Alon lacks knowledge or information sufficient to form a belief as to their truth. To the extent the cited "California Gasoline Inventory Levels—Current vs. 5-Year High-Low Band" chart exists and it is accurately reproduced by the Plaintiff, that chart speaks for itself, and no further response is required. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

88.     Denied. Alon denies that it has conducted any gasoline refining operations in California since the end of 2012. This paragraph otherwise consists of vague, conclusory allegations that are not specific to Alon, and those and any remaining allegations are denied because Alon lacks knowledge or information sufficient to form a belief as to their truth. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

89.     Denied. This paragraph consists of vague, conclusory allegations that are not specific to Alon, and those and any remaining allegations are denied because Alon lacks knowledge or information sufficient to form a belief as to their truth. To the extent representatives of Consumer Watchdog made the referenced statements and are accurately quoted by Plaintiffs, those alleged hearsay statements speak for themselves, and no further response is required. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

90.     Denied. This paragraph consists of vague, conclusory allegations that are not specific to Alon, and those and any remaining allegations are denied because Alon lacks knowledge or information sufficient to form a belief as to their truth. To the extent the cited Consumer Watchdog press release exists and is accurately quoted by Plaintiffs, those alleged hearsay statements speak for themselves, and no further response is required. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

91.     Denied. This paragraph consists of vague, conclusory allegations that are not specific to Alon, and those and any remaining allegations are denied because Alon

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW

-18-

1  lacks knowledge or information sufficient to form a belief as to their truth. To the

2  extent the cited Sacramento Bee article exists and is accurately quoted by Plaintiffs,

3  that alleged hearsay statement speaks for itself, and no further response is required.

4  Alon denies that it was involved in any anticompetitive conduct to increase gasoline

5  prices.

6       92.    Denied. This paragraph consists of vague, conclusory allegations that are

7  not specific to Alon, and those and any remaining allegations are denied because Alon

8  lacks knowledge or information sufficient to form a belief as to their truth. To the

9  extent the cited Los Angeles Times article exists and is accurately quoted by

10 Plaintiffs, that alleged hearsay statement speaks for itself, and no further response is

11 required. Alon denies that it was involved in any anticompetitive conduct to increase

12 gasoline prices.

13      93.    Denied. This paragraph consists of vague, conclusory allegations that are

14 not specific to Alon, and those and any remaining allegations are denied because Alon

15 lacks knowledge or information sufficient to form a belief as to their truth. To the

16 extent the cited San Diego Union Tribune article exists and is accurately quoted by

17 Plaintiffs, that alleged hearsay statement speaks for itself, and no further response is

18 required. Alon denies that it was involved in any anticompetitive conduct to increase

19 gasoline prices.

20      94.    Denied. Alon denies that it coordinated production at its California

21 refineries with any other Defendant. This paragraph otherwise consists of legal

22 conclusions to which no response is required and vague, conclusory allegations that

23 are not specific to Alon, and those and any remaining allegations are denied because

24 Alon lacks knowledge or information sufficient to form a belief as to their truth. Alon

25 denies that it was involved in any anticompetitive conduct to increase gasoline prices.

26      95.    Denied. This paragraph consists of legal conclusions to which no

27 response is required and vague, conclusory allegations that are not specific to Alon,

28 and those and any remaining allegations are denied because Alon lacks knowledge or

-19-

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW

information sufficient to form a belief as to their truth. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

96.     Denied. This paragraph consists of legal conclusions to which no response is required and vague, conclusory allegations that are not specific to Alon, and those and any remaining allegations are denied because Alon lacks knowledge or information sufficient to form a belief as to their truth. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

97.     Denied. This paragraph consists of legal conclusions to which no response is required and vague, conclusory allegations that are not specific to Alon, and those and any remaining allegations are denied because Alon lacks knowledge or information sufficient to form a belief as to their truth. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

98.     Denied. This paragraph consists of legal conclusions to which no response is required and vague, conclusory allegations that are not specific to Alon, and those and any remaining allegations are denied because Alon lacks knowledge or information sufficient to form a belief as to their truth. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

99.     Denied. This paragraph consists of legal conclusions to which no response is required and vague, conclusory allegations that are not specific to Alon, and those and any remaining allegations are denied because Alon lacks knowledge or information sufficient to form a belief as to their truth. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

100.    Denied. This paragraph consists of legal conclusions to which no response is required and vague, conclusory allegations that are not specific to Alon, and those and any remaining allegations are denied because Alon lacks knowledge or information sufficient to form a belief as to their truth. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW

101.   Denied. This paragraph consists of legal conclusions to which no response is required and vague, conclusory allegations that are not specific to Alon, and those and any remaining allegations are denied because Alon lacks knowledge or information sufficient to form a belief as to their truth. To the extent the cited Senate Report exists and is accurately quoted by Plaintiffs, that hearsay statement speaks for itself, and no further response is required. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

102.   Denied. This paragraph consists of legal conclusions to which no response is required and vague, conclusory allegations that are not specific to Alon, and those and any remaining allegations are denied because Alon lacks knowledge or information sufficient to form a belief as to their truth. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

103.   Denied. Alon denies that it is a member of WSPA and denies that it was a member of WSPA at any relevant time. Alon further denies that it has conducted any gasoline refining operations in California since the end of 2012. This paragraph otherwise consists of vague, conclusory allegations that are not specific to Alon, and those and any remaining allegations are denied because Alon lacks knowledge or information sufficient to form a belief as to their truth. To the extent the cited California Energy Commission graphic exists and is accurately reproduced by Plaintiffs, that hearsay statement speaks for itself, and no further response is required. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

104.   Denied. This paragraph consists of vague, conclusory allegations that are not specific to Alon, and those and any remaining allegations are denied because Alon lacks knowledge or information sufficient to form a belief as to their truth. To the extent the cited Senate Report exists and is accurately quoted by Plaintiffs, those hearsay statements speak for themselves, and no further response is required. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

-21-

105.   Denied. This paragraph consists of vague, conclusory allegations that are not specific to Alon, and those and any remaining allegations are denied because Alon lacks knowledge or information sufficient to form a belief as to their truth. To the extent the cited Chevron document exists and is accurately quoted by Plaintiffs, that alleged hearsay statement speaks for itself, and no further response is required. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

106.   Denied. This paragraph consists of vague, conclusory allegations that are not specific to Alon, and those and any remaining allegations are denied because Alon lacks knowledge or information sufficient to form a belief as to their truth. To the extent the cited Energy Briefing Note exists and is accurately quoted by Plaintiffs, that alleged hearsay statement speaks for itself, and no further response is required. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

107.   Denied. This paragraph consists of vague, conclusory allegations that are not specific to Alon, and those and any remaining allegations are denied because Alon lacks knowledge or information sufficient to form a belief as to their truth. To the extent the cited Senate Report exists and is accurately quoted by Plaintiffs, that alleged hearsay statement speaks for itself, and no further response is required. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

108.   Denied. This paragraph consists of vague, conclusory allegations that are not specific to Alon, and those and any remaining allegations are denied because Alon lacks knowledge or information sufficient to form a belief as to their truth. To the extent the cited Senate Report exists and is accurately quoted by Plaintiffs, that alleged hearsay statement speaks for itself, and no further response is required. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

109.   Admitted in part and denied in part. Alon admits that it is a member of some trade associations. Alon denies that it used trade association meetings to conspire or that the trade associations of which it is a member are "interconnected." As for the remaining allegations in this paragraph, Alon lacks knowledge or

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW

1    information sufficient to form a belief about their truth, so they are denied. Alon

2    denies that it was involved in any anticompetitive conduct to increase gasoline prices.

3        110.   Admitted in part and denied in part. Alon admits that it was a member of

4    the American Fuel & Petrochemical Manufacturers ("AFPM," through Alon's then-

5    headquarters in Texas), the Society of Independent Gasoline Marketers of America

6    ("SIGMA," through Alon's then-headquarters in Texas), and the Petroleum Marketers

7    Association of America ("PMAA," in Arkansas, Louisiana, New Mexico, Oklahoma,

8    and Texas only) during 2012 and 2015. Alon denies that it used its membership in any

9    trade associations to engage in "anticompetitive discussions." As for the remaining

10   allegations in this paragraph, Alon lacks knowledge or information sufficient to form

11   a belief regarding their truth, so they are denied. Alon denies that it was involved in

12   any anticompetitive conduct to increase gasoline prices.

13       111.   Denied. Alon denies that it used its membership in any trade associations

14   to facilitate, implement, or monitor any alleged conspiracies. As for the remaining

15   allegations, Alon lacks knowledge or information sufficient to form a belief regarding

16   their truth, so they are denied. Alon denies that it was involved in any anticompetitive

17   conduct to increase gasoline prices.

18       112.   Denied. This paragraph contains no allegations about Alon, and Alon

19   lacks knowledge or information sufficient to form a belief about the truth of the

20   allegations in this paragraph, which are therefore denied. Alon denies that it was

21   involved in any anticompetitive conduct to increase gasoline prices.

22       113.   Denied. This paragraph contains no allegations about Alon, and Alon

23   lacks knowledge or information sufficient to form a belief about the truth of the

24   allegations in this paragraph, which are therefore denied. Alon denies that it was

25   involved in any anticompetitive conduct to increase gasoline prices.

26       114.   Admitted in part and denied in part. Alon admits that it was a member of

27   AFPM during 2012 and 2015, through Alon's then-headquarters in Texas. As to the

28   remaining allegations in this paragraph, Alon lacks knowledge or information

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW

sufficient to form a belief about their truth, and they are therefore denied. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

115.    Admitted in part and denied in part. Alon admits that it was a member of SIGMA during 2012 and 2015, through Alon's then-headquarters in Texas. As to the remaining allegations in this paragraph, Alon lacks knowledge or information sufficient to form a belief about their truth, and they are therefore denied. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

116.    Denied. This paragraph contains no allegations about Alon, and Alon lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, which are therefore denied. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

117.    Denied. Alon denies that it is a member of WSPA and denies that it was a member of WSPA at any relevant time. Alon denies that it was a member of API. This paragraph otherwise consists of vague, conclusory allegations that are not specific to Alon, and those and any remaining allegations are denied because Alon lacks knowledge or information sufficient to form a belief as to their truth. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

118.    Denied. This paragraph contains no allegations about Alon, and Alon lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, which are therefore denied. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

119.    Admitted in part and denied in part. Alon admits that it subscribed to OPIS, a third-party information service, during 2012 and 2015 and that OPIS gives subscribers access to some information about gasoline prices for some transactions that have already occurred on the open market. Alon denies that it has affirmatively used OPIS to "share" real time information about its gasoline prices with any other person. As for the remaining allegations, which are vague, conclusory, and/or not specific to Alon, Alon lacks knowledge or information sufficient to form a belief as to

1    their truth, so they are denied. Alon denies that it was involved in any anticompetitive

2    conduct to increase gasoline prices.

3        120.    Admitted in part and denied in part. Alon admits that it subscribed to

4    Platts, a third-party information service, during 2012 and 2015 and that Platts gives

5    subscribers access to some information about gasoline prices for some transactions

6    that have already occurred on the open market. Alon denies that it used Platts to

7    "collude" with the other Defendants or any other person or entity. As for the

8    remaining allegations, which are vague, conclusory, and/or not specific to Alon, Alon

9    lacks knowledge or information sufficient to form a belief as to their truth, so they are

10   denied. Alon denies that it was involved in any anticompetitive conduct to increase

11   gasoline prices.

12       121.    Denied. Alon denies that it has affirmatively used Platts or OPIS to

13   "share" information about its gasoline prices with any other person. This paragraph

14   otherwise consists of vague, conclusory allegations that are not specific to Alon, and

15   those and any remaining allegations are denied because Alon lacks knowledge or

16   information sufficient to form a belief as to their truth. Alon denies that it was

17   involved in any anticompetitive conduct to increase gasoline prices.

18       122.    Denied. Alon denies that it provided any pretextual explanation for its

19   gasoline production in California. This paragraph otherwise consists of vague,

20   conclusory allegations that are not specific to Alon, and those and any remaining

21   allegations are denied because Alon lacks knowledge or information sufficient to form

22   a belief as to their truth. Alon denies that it was involved in any anticompetitive

23   conduct to increase gasoline prices.

24       123.    Denied. Alon denies that it exported gasoline out of California. Alon also

25   denies that it acted against its economic self-interest in any of the other ways alleged

26   in this paragraph. Further, Alon denies that it conducted any "unnecessary

27   maintenance procedures." This paragraph otherwise consists of vague, conclusory

28   allegations that are not specific to Alon, and those and any remaining allegations are

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW

1   denied because Alon lacks knowledge or information sufficient to form a belief as to

2   their truth. To the extent the cited statement by "the CEO of the company that

3   acquired ExxonMobil's Torrance refinery" occurred and is accurately quoted by

4   Plaintiffs, that alleged hearsay statement speaks for itself, and no further response is

5   required. Alon denies that it was involved in any anticompetitive conduct to increase

6   gasoline prices.

7        124.   Denied. This paragraph consists of vague, conclusory allegations that are

8   not specific to Alon, and those and any remaining allegations are denied because Alon

9   lacks knowledge or information sufficient to form a belief as to their truth. Alon

10   denies that it was involved in any anticompetitive conduct to increase gasoline prices.

11        125.   Denied. This paragraph consists of vague, conclusory allegations that are

12   not specific to Alon, and those and any remaining allegations are denied because Alon

13   lacks knowledge or information sufficient to form a belief as to their truth. To the

14   extent the cited Consumer Watchdog article exists and is accurately quoted by

15   Plaintiffs, that alleged hearsay statement speaks for itself, and no further response is

16   required. Alon denies that it was involved in any anticompetitive conduct to increase

17   gasoline price.

18        126.   Denied. Alon denies that it has entered into exchange agreements in the

19   California gasoline market at any relevant time. This paragraph otherwise consists of

20   vague, conclusory allegations that are not specific to Alon, and those and any

21   remaining allegations are denied because Alon lacks knowledge and information

22   sufficient to form a belief as to their truth. Alon denies that it was involved in any

23   anticompetitive conduct to increase gasoline prices.

24        127.   Denied. This paragraph consists of vague, conclusory allegations that are

25   not specific to Alon, and those and any remaining allegations are denied because Alon

26   lacks knowledge or information sufficient to form a belief as to their truth. To the

27   extent the cited statement by Bob van der Valk occurred and is accurately quoted by

28   Plaintiffs, that alleged hearsay statement speaks for itself, and no further response is

-26-

required. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

128.   Admitted in part and denied in part. Alon admits that the Petroleum Market Advisory Committee PMAC exists. As for the remaining allegations of this paragraph, Alon lacks knowledge or information sufficient to form a belief about their truth, and they are therefore denied. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

129.   Denied. This paragraph consists of vague, conclusory allegations that are not specific to Alon, and those and any remaining allegations are denied because Alon lacks knowledge or information sufficient to form a belief as to their truth. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

130.   Denied. This paragraph consists of vague, conclusory allegations that are not specific to Alon, and those and any remaining allegations are denied because Alon lacks knowledge or information sufficient to form a belief as to their truth. To the extent the cited "letter to then-California Attorney General Kamala Harris" exists and is accurately quoted by Plaintiffs, those alleged hearsay statements speak for themselves, and no further response is required. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

131.   Denied. This paragraph contains no allegations about Alon, and Alon lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, which are therefore denied. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

132.   Denied. This paragraph consists of vague, conclusory allegations that are not specific to Alon, and those and any remaining allegations are denied because Alon lacks knowledge or information sufficient to form a belief as to their truth. To the extent the cited letter by Senator Dianne Feinstein exists and is accurately quoted by Plaintiffs, those alleged hearsay statements speak for themselves, and no further

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW

-27-

1    response is required. Alon denies that it was involved in any anticompetitive conduct

2    to increase gasoline prices.

3        133.   Denied. This paragraph consists of vague, conclusory allegations that are

4    not specific to Alon, and those and any remaining allegations are denied because Alon

5    lacks knowledge or information sufficient to form a belief as to their truth. To the

6    extent the cited letter by Senator Dianne Feinstein exists and is accurately quoted by

7    Plaintiffs, those alleged hearsay statements speak for themselves, and no further

8    response is required. Alon denies that it was involved in any anticompetitive conduct

9    to increase gasoline prices.

10       134.   Denied. This paragraph consists of vague, conclusory allegations that are

11   not specific to Alon, and those and any remaining allegations are denied because Alon

12   lacks knowledge or information sufficient to form a belief as to their truth. To the

13   extent the cited letter by Representative Peter DeFazio exists and is accurately quoted

14   by Plaintiffs, those alleged hearsay statements speak for themselves, and no further

15   response is required. Alon denies that it was involved in any anticompetitive conduct

16   to increase gasoline prices.

17       135.   Denied. This paragraph consists of vague, conclusory allegations that are

18   not specific to Alon, and those and any remaining allegations are denied because Alon

19   lacks knowledge or information sufficient to form a belief as to their truth. To the

20   extent the cited letter by Representative Peter DeFazio exists and is accurately quoted

21   by Plaintiffs, those alleged hearsay statements speak for themselves, and no further

22   response is required. Alon denies that it was involved in any anticompetitive conduct

23   to increase gasoline prices.

24       136.   Denied. This paragraph consists of vague, conclusory allegations that are

25   not specific to Alon, and those and any remaining allegations are denied because Alon

26   lacks knowledge or information sufficient to form a belief as to their truth. To the

27   extent the cited letter by Representative Peter DeFazio exists and is accurately quoted

28   by Plaintiffs, those alleged hearsay statements speak for themselves, and no further

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW

-28-

DEFENDANT ALON USA ENERGY, INC.'S
ANSWER TO CONSOLIDATED COMPLAINT AND AFFIRMATIVE DEFENSES
LEAD CASE NO. 3:18-CV-01374-L-AGS

response is required. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

137.   Admitted in part and denied in part. Alon admits that the Oil and Gas Price Fraud Working Group was created. Otherwise, Alon lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in this paragraph, which are therefore denied. To the extent the cited statement by then-Attorney General Eric Holder occurred and is accurately quoted by Plaintiffs, that alleged hearsay statement speaks for itself, and no further response is required. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

138.   Denied. Alon lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in this paragraph, which are therefore denied. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

139.   Denied. Alon lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in this paragraph, which are therefore denied. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

140.   Denied. Alon lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in this paragraph, which are therefore denied. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

141.   Denied. This paragraph consists of vague, conclusory allegations that are not specific to Alon, and those and any remaining allegations are denied because Alon lacks knowledge or information sufficient to form a belief as to their truth. To the extent the cited statement by Edie Chang occurred and is accurately quoted by Plaintiffs, that alleged hearsay statement speaks for itself, and no further response is required. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW

-29-

142.    This paragraph alleges only conclusions of law to which no response is required. To the extent a response is required, denied.

143.    This paragraph alleges only conclusions of law to which no response is required. To the extent a response is required, denied.

144.    This paragraph alleges only conclusions of law to which no response is required. To the extent a response is required, denied.

145.    This paragraph alleges only conclusions of law to which no response is required. To the extent a response is required, denied.

146.    This paragraph alleges only conclusions of law to which no response is required. To the extent a response is required, denied.

147.    This paragraph alleges only conclusions of law to which no response is required. To the extent a response is required, denied.

148.    This paragraph alleges only conclusions of law to which no response is required. To the extent a response is required, denied.

149.    This paragraph alleges only conclusions of law to which no response is required. To the extent a response is required, denied.

150.    This paragraph alleges only conclusions of law to which no response is required. To the extent a response is required, denied.

151.    This paragraph alleges only conclusions of law to which no response is required. To the extent a response is required, denied.

152.    This paragraph alleges only conclusions of law to which no response is required. To the extent a response is required, denied.

153.    This paragraph alleges only conclusions of law to which no response is required. To the extent a response is required, denied. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

154.    This paragraph alleges only conclusions of law to which no response is required. To the extent a response is required, denied. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

-30-

155.   This paragraph alleges only conclusions of law to which no response is required. To the extent a response is required, denied. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

156.   This paragraph alleges only conclusions of law to which no response is required. To the extent a response is required, denied. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

157.   This paragraph alleges only conclusions of law to which no response is required. To the extent a response is required, denied.

158.   This paragraph alleges only conclusions of law to which no response is required. To the extent a response is required, denied.

159.   This paragraph alleges only conclusions of law to which no response is required. To the extent a response is required, denied.

160.   This paragraph alleges only conclusions of law to which no response is required. To the extent a response is required, denied.

161.   This paragraph alleges only conclusions of law to which no response is required. To the extent a response is required, denied.

162.   This paragraph alleges only conclusions of law to which no response is required. To the extent a response is required, denied. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

163.   This paragraph alleges only conclusions of law to which no response is required. To the extent a response is required, denied. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

164.   This paragraph alleges only conclusions of law to which no response is required. To the extent a response is required, denied. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

165.   This paragraph alleges only conclusions of law to which no response is required. To the extent a response is required, denied. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

-31-

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW

166.   This paragraph alleges only conclusions of law to which no response is required. To the extent a response is required, denied. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

167.   This paragraph alleges only conclusions of law to which no response is required. To the extent a response is required, denied. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

168.   This paragraph alleges only conclusions of law to which no response is required. To the extent a response is required, denied. Alon denies that it was involved in any anticompetitive conduct to increase gasoline prices.

## COUNT I
## Cartwright Act

169.   The responses in Paragraphs 1 through 168 are incorporated by reference as if fully set forth here.

170.   This paragraph alleges only conclusions of law to which no response is required. To the extent a response is required, denied.

171.   This paragraph alleges only conclusions of law to which no response is required. To the extent a response is required, denied.

172.   This paragraph alleges only conclusions of law to which no response is required. To the extent a response is required, denied.

173.   This paragraph alleges only conclusions of law to which no response is required. To the extent a response is required, denied.

174.   This paragraph alleges only conclusions of law to which no response is required. To the extent a response is required, denied.

## COUNT II

## Unfair Competition Law

175.   The responses in Paragraphs 1 through 174 are incorporated by reference as if fully set forth here.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW

1   176.   This paragraph alleges only conclusions of law to which no response is

2   required. To the extent a response is required, denied.

3   177.   This paragraph alleges only conclusions of law to which no response is

4   required. To the extent a response is required, denied.

5   178.   This paragraph alleges only conclusions of law to which no response is

6   required. To the extent a response is required, denied.

7   179.   This paragraph alleges only conclusions of law to which no response is

8   required. To the extent a response is required, denied.

9   180.   This paragraph alleges only conclusions of law to which no response is

10   required. To the extent a response is required, denied.

11   181.   This paragraph alleges only conclusions of law to which no response is

12   required. To the extent a response is required, denied.

13   **FIRST AFFIRMATIVE DEFENSE**

14   Plaintiffs' claims are barred by the expiration of the applicable statute of

15   limitations.

16   **SECOND AFFIRMATIVE DEFENSE**

17   Plaintiffs' claims are barred by the doctrine of state action immunity.

18   **THIRD AFFIRMATIVE DEFENSE**

19   Plaintiffs' claims are limited to the extent that they failed to mitigate their allege

20   damages.

21   **FOURTH AFFIRMATIVE DEFENSE**

22   Plaintiffs' claims are limited to the extent that some of the proposed putative

23   class members have agreed to mandatory binding arbitration which bars any

24   representative, collective, or class claims or actions.

25   **FIFTH AFFIRMATIVE DEFENSE**

26   The claims of some members of the proposed putative class may be barred in

27   whole or in part because said claims have been released by those putative class

28   members.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW

-33-

1

## SIXTH AFFIRMATIVE DEFENSE

2

3

4

5

The injuries, damages, and losses alleged in the Consolidated Complaint, none being admitted, may have resulted, at least in part, from independent, unforeseeable, superseding, and/or intervening causes, including but not limited to independent conduct by governmental entities, including regulatory agencies, or other third parties.

6

## SEVENTH AFFIRMATIVE DEFENSE

7

8

The injuries, damages, and losses alleged in the Consolidated Complaint, none being admitted, may have resulted, at least in part, from unavoidable accidents.

9

## EIGHTH AFFIRMATIVE DEFENSE

10

11

12

13

14

To the extent Alon is liable to Plaintiffs, which is denied, Plaintiffs claims are barred in whole or in part to the extent another judgment for damages is entered against Alon for the same conduct alleged in this Consolidated Complaint because multiple recoveries would violate the United States Constitution, including the Due Process Clauses of the Fifth and Fourteenth Amendments.

15

## NINTH AFFIRMATIVE DEFENSE

16

17

18

To the extent Alon is liable to Plaintiffs, which is denied, Alon is entitled to a set-off in the amount of damages, if any, awarded to other persons based on the same alleged conduct by Alon.

19

## TENTH AFFIRMATIVE DEFENSE

20

21

Plaintiffs' claims are limited to the extent the conduct in question involved protected government petitioning under the *Noerr-Pennington* doctrine.

22

## ELEVENTH AFFIRMATIVE DEFENSE

23

24

In addition to the affirmative defenses listed above, Alon adopts all of the affirmative defenses pled by any other Defendant in this matter.

25

///

26

///

27

28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW

-34-

1     In light of the foregoing, Alon denies Plaintiffs' prayer for relief and

2  respectfully requests a judgment in Alon's favor.

3

4  Dated:  June 24, 2019          **BAKER & HOSTETLER LLP**

5

6                     By:    /s/ *Carl W. Hittinger*

7                            Carl W. Hittinger
                             Michael R. Matthias

8                            Jeffry W. Duffy
                             Tyson Y. Herrold

9                            Jeanne-Michele Mariani

10                           *Attorneys for Defendant*

11                           ALON USA ENERGY, INC.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 24, 2019, I electronically transmitted the document

identified below to the Clerk of Court using the CM/ECF System for filing and

transmittal of a Notice of Electronic Filing to all counsel in this matter, all counsel

being registered to receive electronic filings:

**DEFENDANT ALON USA ENERGY, INC.'S
ANSWER TO CONSOLIDATED COMPLAINT AND
AFFIRMATIVE DEFENSES**

June 24, 2019                    **BAKER & HOSTETLER LLP**

                                 By:    <u>/s/ *Carl W. Hittinger*</u>
                                        CARL W. HITTINGER

                                 *Attorneys for Defendant*
                                 ALON USA ENERGY, INC.