1
2  Kent M. Roger (SBN 95987)
   Colin C. West (SBN 184095)
3  Minna L. Naranjo (SBN 259005)
   Rishi P. Satia (SBN 301958)
4  MORGAN, LEWIS & BOCKIUS LLP
   One Market Street
5  San Francisco, CA 94105
   Tel:   +1.415.442.1000
6  Fax:   +1.415.442.1001
   kent.roger@morganlewis.com
7  colin.west@morganlewis.com
   minna.naranjo@morganlewis.com
8  rishi.satia@morganlewis.com

   *Attorneys for Defendant*
9  Equilon Enterprises LLC (D/B/A Shell Oil Products US)

10                 UNITED STATES DISTRICT COURT

11                SOUTHERN DISTRICT OF CALIFORNIA

12

13  RICHARD BARTLETT, JOSHUA          Case No. 18-CV-01374-L-AGS
    EBRIGHT, PAUL LEE, DAVID
14  RINALDI, and KRISTINE SNYDER,     CLASS ACTION
15  On Behalf of Themselves and All   **DEFENDANT EQUILON
    Others Similarly Situated,        ENTERPRISES LLC (D/B/A
16                                    SHELL OIL PRODUCTS US)'S
                         Plaintiffs,  ANSWER TO CONSOLIDATED
17                                    COMPLAINT FOR VIOLATIONS
         vs.                          OF CALIFORNIA'S
18                                    CARTWRIGHT ACT AND
    BP WEST COAST PRODUCTS LLC;       UNFAIR COMPETITION LAW**
19  CHEVRON U.S.A. INC.; TESORO
    REFINING & MARKETING
20  COMPANY LLC; EQUILON
    ENTERPRISES LLC (D/B/A/ SHELL
21  OIL PRODUCTS US);
    EXXONMOBIL REFINING &
22  SUPPLY COMPANY; VALERO
    MARKETING AND SUPPLY
23  COMPANY; CONOCOPHILLIPS;
    ALON USA ENERGY, INC. and
24  DOES 1-25, inclusive,
25                       Defendants.
26
27
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT EQUILON ENTERPRISES LLC (D/B/A SHELL OIL PRODUCTS US)'S
ANSWER TO CONSOLIDATED COMPLAINT
CASE NO. 18-CV-01374-L-AGS

Defendant Equilon Enterprises LLC (D/B/A Shell Oil Products US) ("Shell") through its undersigned counsel of record, answers and responds to the Conslidated Complaint ("Complaint") of Plaintiffs Richard Bartlett, Joshua Ebright, Paul Lee, David Rinaldi, and Kristine Snyder, on behalf of themselves and all others similarly situated ("Plaintiffs").

As used in this Answer, and in the interest of brevity, the phrase denies "for want of information or belief" means that the answering defendant is without knowledge or information sufficient to form a belief as to the truth of an averment of the Complaint, and denies that averment on that basis.  Shell denies all allegations in the Complaint (including headings and captions) not specifically admitted in this Answer and specifically incorporates this denial into each response below.

The averments of the preamble paragraph of the Complaint appear to be prefatory or definitional only and not ones calling for any response.  To the extent that the preamble paragraph may be deemed to require a response, Shell admits that plaintiffs purport to bring this action against the Defendants and asserting the claims listed in the preamble paragraph.  Subject to that, Shell denies the averments of the preamble paragraph if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of the preamble paragraph do not pertain to Shell, Shell denies, for want of information or belief, the averments of the preamble paragraph and denies that a conspiracy existed.

1.      Shell denies each of the averments of Paragraph 1 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 1 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 1 of the Complaint and denies that a conspiracy existed.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT EQUILON ENTERPRISES LLC (D/B/A SHELL OIL PRODUCTS US)'S
ANSWER TO CONSOLIDATED COMPLAINT
2                                CASE NO. 3:15-CV-01749-L-AGS

2.     Shell denies each of the averments of Paragraph 2 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 2 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 2 of the Complaint and denies that a conspiracy existed.

3.     Shell denies each of the averments of Paragraph 3 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 3 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 3 of the Complaint and denies that a conspiracy existed.

4.     Shell denies each of the averments of Paragraph 4 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 4 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 4 of the Complaint and denies that a conspiracy existed.

5.     Shell denies each of the averments of Paragraph 5 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 5 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 5 of the Complaint and denies that a conspiracy existed.  Some of the averments in Paragraph 5 of the Complaint purport to be derived from a June 5, 2012 report by McCullough Research and thus no response is required.  To the extent those averments of Paragraph 5 of the Complaint may be deemed to require a response, Shell responds that the report speaks for itself and Shell denies, for want of information or belief, each of those averments of Paragraph 5 of the Complaint and denies any conspiratorial conduct.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT EQUILON ENTERPRISES LLC (D/B/A SHELL OIL PRODUCTS US)'S
ANSWER TO CONSOLIDATED COMPLAINT
3                         CASE NO. 3:15-CV-01749-L-AGS

6.      Shell denies each of the averments of Paragraph 6 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 6 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 6 of the Complaint and denies that a conspiracy existed.  Some of the averments in Paragraph 6 of the Complaint purport to be derived from a November 15, 2012 report by McCullough Research and thus no response is required.  To the extent those averments of Paragraph 6 of the Complaint may be deemed to require a response, Shell responds that the report speaks for itself and Shell denies, for want of information or belief, each of those averments of Paragraph 6 of the Complaint and denies any conspiratorial conduct.

7.      Shell denies each of the averments of Paragraph 7 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 7 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 7 of the Complaint and denies that a conspiracy existed. Some of the averments in Paragraph 7 of the Complaint purport to be derived from data from the EIA and thus no response is required.  To the extent those averments of Paragraph 7 of the Complaint may be deemed to require a response, Shell responds that the data speaks for itself and Shell denies, for want of information or belief, each of those averments of Paragraph 7 of the Complaint and denies any conspiratorial conduct.

8.      Shell denies each of the averments of Paragraph 8 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 8 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 8 of the Complaint and denies that a conspiracy existed.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT EQUILON ENTERPRISES LLC (D/B/A SHELL OIL PRODUCTS US)'S
ANSWER TO CONSOLIDATED COMPLAINT
4                          CASE NO. 3:15-CV-01749-L-AGS

9.     Shell denies each of the averments of Paragraph 9 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 9 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 9 of the Complaint and denies that a conspiracy existed.

10.     The averments of Paragraph 10 of the Complaint consist of conclusions of law to which no response is required.  To the extent the averments of Paragraph 10 of the Complaint may be deemed to require a response, Shell denies each of the averments of Paragraph 10 of the Complaint and denies any conspiratorial conduct, except Shell admits that the Court has jurisdiction pursuant to 28 U.S.C. § 1332(d) and 28 U.S.C. § 1711, et seq.

11.     The averments of Paragraph 11 of the Complaint consist of conclusions of law to which no response is required.  To the extent the averments of Paragraph 11 of the Complaint may be deemed to require a response, Shell denies each of the averments of Paragraph 11 of the Complaint and denies any conspiratorial conduct, except Shell admits that Plaintiffs purport that venue is proper before this is Court under the statutes identified in Paragraph 11 of the Complaint.

12.     Shell denies each of the averments of Paragraph 12 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 12 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 12 of the Complaint and denies that a conspiracy existed.  To the extent the averments of Paragraph 12 of the Complaint consist of conclusions of law, no response is required.  To the extent the averments of Paragraph 12 of the Complaint may be deemed to require a response, Shell denies each of the averments of Paragraph 12 of the Complaint and denies any conspiratorial conduct.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT EQUILON ENTERPRISES LLC (D/B/A SHELL OIL PRODUCTS US)'S
ANSWER TO CONSOLIDATED COMPLAINT
5                                    CASE NO. 3:15-CV-01749-L-AGS

13.     Shell denies each of the averments of Paragraph 13 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 13 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 13 of the Complaint and denies that a conspiracy existed.

14.     Shell denies each of the averments of Paragraph 14 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 14 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 14 of the Complaint and denies that a conspiracy existed.  To the extent the averments of Paragraph 14 of the Complaint consist of conclusions of law, no response is required.  To the extent the averments of Paragraph 14 of the Complaint may be deemed to require a response, Shell denies each of the averments of Paragraph 14 of the Complaint and denies any conspiratorial conduct.

15.     Shell denies each of the averments of Paragraph 15 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 15 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 15 of the Complaint and denies that a conspiracy existed.  To the extent the averments of Paragraph 15 of the Complaint consist of conclusions of law, no response is required.  To the extent the averments of Paragraph 15 of the Complaint may be deemed to require a response, Shell denies each of the averments of Paragraph 15 of the Complaint and denies any conspiratorial conduct.

16.     Shell denies each of the averments of Paragraph 16 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 16 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 16 of the

Complaint and denies that a conspiracy existed.  To the extent the averments of Paragraph 16 of the Complaint consist of conclusions of law, no response is required.  To the extent the averments of Paragraph 16 of the Complaint may be deemed to require a response, Shell denies each of the averments of Paragraph 16 of the Complaint and denies any conspiratorial conduct.

17.     The averments of Paragraph 17 of the Complaint are not directed at Shell and therefore no response is required.  To the extent the averments of Paragraph 17 of the Complaint may be deemed to require a response, Shell denies each of the averments of Paragraph 17 of the Complaint and denies any conspiratorial conduct.

18.     The averments of Paragraph 18 of the Complaint are not directed at Shell and therefore no response is required.  To the extent the averments of Paragraph 18 of the Complaint may be deemed to require a response, Shell denies each of the averments of Paragraph 18 of the Complaint and denies any conspiratorial conduct.

19.     The averments of Paragraph 19 of the Complaint are not directed at Shell and therefore no response is required.  To the extent the averments of Paragraph 19 of the Complaint may be deemed to require a response, Shell denies each of the averments of Paragraph 19 of the Complaint and denies any conspiratorial conduct.

20.     The averments of Paragraph 20 of the Complaint are not directed at Shell and therefore no response is required.  To the extent the averments of Paragraph 20 of the Complaint may be deemed to require a response, Shell denies each of the averments of Paragraph 20 of the Complaint and denies any conspiratorial conduct.

21.     The averments of Paragraph 21 of the Complaint are not directed at Shell and therefore no response is required.  To the extent the averments of

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT EQUILON ENTERPRISES LLC (D/B/A SHELL OIL PRODUCTS US)'S
ANSWER TO CONSOLIDATED COMPLAINT
7                          CASE NO. 3:15-CV-01749-L-AGS

Paragraph 21 of the Complaint may be deemed to require a response, Shell denies each of the averments of Paragraph 21 of the Complaint and denies any conspiratorial conduct.

22.     The averments of Paragraph 22 of the Complaint are not directed at Shell and therefore no response is required.

23.     The averments of Paragraph 23 of the Complaint are not directed at Shell and therefore no response is required.

24.     The averments of Paragraph 24 of the Complaint are not directed at Shell and therefore no response is required.

25.     Shell admits that it is a Delaware limited liability company with its principal executive offices located at 150 N. Dairy Ashford, Houston, Texas and that Shell is a wholly, indirectly-owned subsidiary of Royal Dutch Shell plc.  Shell further admits that it or affiliates operate refineries and crude oil pipelines in the western United States and that the Martinez refinery has been in operation since 1915.  Shell denies each of the remainder of the averments of Paragraph 25 of the Complaint.

26.     The averments of Paragraph 26 of the Complaint are not directed at Shell and therefore no response is required.

27.     The averments of Paragraph 27 of the Complaint are not directed at Shell and therefore no response is required.

28.     The averments of Paragraph 28 of the Complaint are not directed at Shell and therefore no response is required.

29.     The averments of Paragraph 29 of the Complaint are not directed at Shell and therefore no response is required.

30.     The averments of Paragraph 30 of the Complaint consist of conclusions of law to which no response is required.  To the extent the averments of

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT EQUILON ENTERPRISES LLC (D/B/A SHELL OIL PRODUCTS US)'S
ANSWER TO CONSOLIDATED COMPLAINT
8                              CASE NO. 3:15-CV-01749-L-AGS

Paragraph 11 of the Complaint may be deemed to require a response, Shell admits that it or its affiliates operate a refinery that produces gasoline within California.

31. The averments of Paragraph 31 of the Complaint consist of conclusions of law to which no response is required. To the extent the averments of Paragraph 31 of the Complaint may be deemed to require a response, Shell denies each of the averments of Paragraph 31 of the Complaint and denies any conspiratorial conduct.

32. Shell denies each of the averments of Paragraph 32 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct. To the extent the averments of Paragraph 32 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 32 of the Complaint and denies that a conspiracy existed.

33. Shell denies each of the averments of Paragraph 33 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct. To the extent the averments of Paragraph 33 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, each of the averments in Paragraph 33 of the Complaint and denies that a conspiracy existed.

34. Shell denies each of the averments of Paragraph 34 of the Complaint as they purport to pertain to Shell and denies any conspiratorial conduct. To the extent the averments of Paragraph 34 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 34 of the Complaint and denies that a conspiracy existed.

35. Shell denies each of the averments of Paragraph 35 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct. To the extent the averments of Paragraph 35 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 35 of the Complaint and denies that a conspiracy existed.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT EQUILON ENTERPRISES LLC (D/B/A SHELL OIL PRODUCTS US)'S
ANSWER TO CONSOLIDATED COMPLAINT
9                                   CASE NO. 3:15-CV-01749-L-AGS

36.     Shell denies each of the averments of Paragraph 36 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 36 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 36 of the Complaint. and denies that a conspiracy existed.

37.     Shell denies each of the averments of Paragraph 37 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 37 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 37 of the Complaint and denies that a conspiracy existed.

38.     Shell denies each of the averments of Paragraph 38 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 38 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 38 of the Complaint and denies that a conspiracy existed.  Some of the averments in Paragraph 38 of the Complaint purport to be derived from a July 2013 report by McCullough Research and thus no response is required.  To the extent those averments of Paragraph 38 of the Complaint may be deemed to require a response, Shell responds that the report speaks for itself and Shell denies, for want of information or belief, each of those averments of Paragraph 38 of the Complaint and denies any conspiratorial conduct.

39.     Shell denies each of the averments of Paragraph 39 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 39 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 39 of the Complaint and denies that a conspiracy existed.  Some of the averments in Paragraph 39 of the Complaint purport to be derived from statements attributed to

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT EQUILON ENTERPRISES LLC (D/B/A SHELL OIL PRODUCTS US)'S
ANSWER TO CONSOLIDATED COMPLAINT
10                    CASE NO. 3:15-CV-01749-L-AGS

Consumer Watchdog in a *L.A. Times* article and thus no response is required.  To the extent those averments of Paragraph 38 of the Complaint may be deemed to require a response, Shell responds that the article speaks for itself and Shell denies, for want of information or belief, each of those averments of Paragraph 39 of the Complaint and denies any conspiratorial conduct.

40.   Shell denies each of the averments of Paragraph 40 of the Complaint as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 40 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 40 of the Complaint and denies that a conspiracy existed.

41.   Shell denies each of the averments of Paragraph 41 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 41 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 41 of the Complaint. and denies that a conspiracy existed.

42.   Shell denies each of the averments of Paragraph 42 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 42 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 42 of the Complaint and denies that a conspiracy existed.  Some of the averments in Paragraph 42 of the Complaint purport to be derived from alleged views attributed to unidentified "analysts" by the Oregonian and thus no response is required.  To the extent those averments of Paragraph 42 of the Complaint may be deemed to require a response, Shell responds that unidentified analysts alleged views, if any, speak for themselves and Shell denies, for want of information or belief, each of those averments of Paragraph 42 of the Complaint and denies any conspiratorial conduct.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT EQUILON ENTERPRISES LLC (D/B/A SHELL OIL PRODUCTS US)'S
ANSWER TO CONSOLIDATED COMPLAINT
11                              CASE NO. 3:15-CV-01749-L-AGS

43.     Shell denies each of the averments of Paragraph 43 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 43 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 43 of the Complaint and denies that a conspiracy existed.

44.     Shell denies each of the averments of Paragraph 44 of the Complaint as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 44 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 44 of the Complaint and denies that a conspiracy existed.

45.     Shell denies each of the averments of Paragraph 45 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 45 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 45 of the Complaint and denies that a conspiracy existed.

46.     Shell denies each of the averments of Paragraph 46 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 46 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 46 of the Complaint and denies that a conspiracy existed.  Some of the averments in Paragraph 46 of the Complaint purport to be derived from a May 2015 publication by Consumer Watchdog and thus no response is required.  To the extent those averments of Paragraph 46 of the Complaint may be deemed to require a response, Shell responds that the publication speaks for itself and Shell denies, for want of information or belief, each of those averments of Paragraph 46 of the Complaint and denies any conspiratorial conduct.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT EQUILON ENTERPRISES LLC (D/B/A SHELL OIL PRODUCTS US)'S
ANSWER TO CONSOLIDATED COMPLAINT
12                              CASE NO. 3:15-CV-01749-L-AGS

47.     Shell denies each of the averments of Paragraph 47 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 47 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, each of the averments in Paragraph 47 of the Complaint and denies that a conspiracy existed.  Some of the averments in Paragraph 47 of the Complaint purport to be derived from a 2012 McCullough Report and thus no response is required.  To the extent those averments of Paragraph 47 of the Complaint may be deemed to require a response, Shell responds that the report speaks for itself and Shell denies, for want of information or belief, each of those averments of Paragraph 47 of the Complaint and denies any conspiratorial conduct.

48.     Shell admits an affiliated entity is a member of WSPA.  Subject to that, Shell denies the averments of Paragraph 48 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 48 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 48 of the Complaint and denies that a conspiracy existed.  Some of the averments in Paragraph 48 of the Complaint purport to be derived from a so-called rebuttal by McCullough Research and thus no response is required.  To the extent those averments of Paragraph 48 of the Complaint may be deemed to require a response, Shell responds that the rebuttal speaks for itself and Shell denies, for want of information or belief, each of those averments of Paragraph 48 of the Complaint and denies any conspiratorial conduct.

49.     Shell denies each of the averments of Paragraph 49 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 49 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 49 of the Complaint and denies that a conspiracy existed.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT EQUILON ENTERPRISES LLC (D/B/A SHELL OIL PRODUCTS US)'S
ANSWER TO CONSOLIDATED COMPLAINT
13                    CASE NO. 3:15-CV-01749-L-AGS

50.     Shell denies each of the averments of Paragraph 50 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 50 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 50 of the Complaint and denies that a conspiracy existed.  Some of the averments in Paragraph 50 of the Complaint purport to be derived from statements by Geoff Goff and thus no response is required.  To the extent those averments of Paragraph 50 of the Complaint may be deemed to require a response, Shell responds that the Mr. Goff's statements speak for themselves and Shell denies, for want of information or belief, each of those averments of Paragraph 50 of the Complaint and denies any conspiratorial conduct.

51.     Shell denies each of the averments of Paragraph 51 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 51 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 51 of the Complaint and denies that a conspiracy existed.  Some of the averments in Paragraph 51 of the Complaint purport to be derived from a Los Angeles Times article and thus no response is required.  To the extent those averments of Paragraph 51 of the Complaint may be deemed to require a response, Shell responds that the article speaks for itself and Shell denies, for want of information or belief, each of those averments of Paragraph 51 of the Complaint and denies any conspiratorial conduct.

52.     Shell denies each of the averments of Paragraph 52 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 52 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, each of the averments in Paragraph 52 of the Complaint and denies that a conspiracy existed.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT EQUILON ENTERPRISES LLC (D/B/A SHELL OIL PRODUCTS US)'S
ANSWER TO CONSOLIDATED COMPLAINT
14                          CASE NO. 3:15-CV-01749-L-AGS

53.     Shell denies each of the averments of Paragraph 53 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 53 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, each of the averments in Paragraph 53 of the Complaint and denies that a conspiracy existed.

54.     Shell denies each of the averments of Paragraph 54 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 54 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, each of the averments in Paragraph 54 of the Complaint and denies that a conspiracy existed.  Some of the averments in Paragraph 54 of the Complaint purport to be derived from an August 2015 Cal/OSHA press release and thus no response is required.  To the extent those averments of Paragraph 54 of the Complaint may be deemed to require a response, Shell responds that the press release speaks for itself and Shell denies, for want of information or belief, each of those averments of Paragraph 54 of the Complaint and denies any conspiratorial conduct.

55.     Shell denies each of the averments of Paragraph 55 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 55 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, each of the averments in Paragraph 55 of the Complaint and denies that a conspiracy existed.  Some of the averments in Paragraph 55 of the Complaint purport to be derived from a DailyBreeze article and thus no response is required.  To the extent those averments of Paragraph 55 of the Complaint may be deemed to require a response, Shell responds that the article speaks for itself and Shell denies, for want of information or belief, each of those averments of Paragraph 55 of the Complaint and denies any conspiratorial conduct.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT EQUILON ENTERPRISES LLC (D/B/A SHELL OIL PRODUCTS US)'S
ANSWER TO CONSOLIDATED COMPLAINT
15                          CASE NO. 3:15-CV-01749-L-AGS

56.     Shell denies each of the averments of Paragraph 56 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 56 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 56 of the Complaint and denies that a conspiracy existed.  Some of the averments in Paragraph 56 of the Complaint purport to be derived from "memos from West Coast oil refiners from the 1990s and released in 2011 by Senator Ron Wyden" and thus no response is required.  To the extent those averments of Paragraph 56 of the Complaint may be deemed to require a response, Shell responds that the memos speak for themselves and Shell denies, for want of information or belief, each of those averments of Paragraph 56 of the Complaint and denies any conspiratorial conduct.

57.     Shell denies each of the averments of Paragraph 57 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 57 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, each of the averments in Paragraph 57 of the Complaint and denies that a conspiracy existed.  Some of the averments in Paragraph 57 of the Complaint purport to be derived from a May 21, 2015 letter and thus no response is required.  To the extent those averments of Paragraph 57 of the Complaint may be deemed to require a response, Shell responds that the letter speaks for itself and Shell denies, for want of information or belief, each of those averments of Paragraph 57 of the Complaint and denies any conspiratorial conduct.

58.     Shell denies each of the averments of Paragraph 58 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 58 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, each of the averments in Paragraph 58 of the Complaint and denies that a conspiracy existed.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT EQUILON ENTERPRISES LLC (D/B/A SHELL OIL PRODUCTS US)'S
ANSWER TO CONSOLIDATED COMPLAINT
16                          CASE NO. 3:15-CV-01749-L-AGS

59.     Shell denies each of the averments of Paragraph 59 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 59 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, each of the averments in Paragraph 59 of the Complaint and denies that a conspiracy existed.

60.     Shell denies each of the averments of Paragraph 60 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 60 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, each of the averments in Paragraph 60 of the Complaint and denies that a conspiracy existed.

61.     Shell denies each of the averments of Paragraph 61 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 61 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, each of the averments in Paragraph 61 of the Complaint and denies that a conspiracy existed.

62.     Shell denies each of the averments of Paragraph 62 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 62 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, each of the averments in Paragraph 62 of the Complaint and denies that a conspiracy existed.

63.     Shell denies each of the averments of Paragraph 63 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent averments of Paragraph 63 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 63 of the Complaint and denies that a conspiracy existed.

64.     Shell denies each of the averments of Paragraph 64 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT EQUILON ENTERPRISES LLC (D/B/A SHELL OIL PRODUCTS US)'S
ANSWER TO CONSOLIDATED COMPLAINT
17                          CASE NO. 3:15-CV-01749-L-AGS

1   extent the averments of Paragraph 64 of the Complaint do not pertain to Shell, Shell

2   denies, for want of information or belief, each of the averments in Paragraph 64 of

3   the Complaint and denies that a conspiracy existed.

4       65.    Shell denies each of the averments of Paragraph 65 of the Complaint if

5   or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the

6   extent the averments of Paragraph 65 of the Complaint do not pertain to Shell, Shell

7   denies, for want of information or belief, each of the averments in Paragraph 65 of

8   the Complaint and denies that a conspiracy existed.

9       66.    Shell denies each of the averments of Paragraph 66 of the Complaint if

10  or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the

11  extent the averments of Paragraph 66 of the Complaint do not pertain to Shell, Shell

12  denies, for want of information or belief, each of the averments in Paragraph 66 of

13  the Complaint and denies that a conspiracy existed.

14      67.    Shell denies each of the averments of Paragraph 67 of the Complaint if

15  or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the

16  extent the averments of Paragraph 67 of the Complaint do not pertain to Shell, Shell

17  denies, for want of information or belief, each of the averments in Paragraph 67 of

18  the Complaint and denies that a conspiracy existed.

19      68.    Shell denies each of the averments of Paragraph 68 of the Complaint if

20  or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the

21  extent the averments of Paragraph 68 of the Complaint do not pertain to Shell, Shell

22  denies, for want of information or belief, the averments of Paragraph 68 of the

23  Complaint and denies that a conspiracy existed.  Some of the averments in

24  Paragraph 68 of the Complaint purport to be derived from alleged data from the

25  State Lands Commission and thus no response is required.  To the extent those

26  averments of Paragraph 68 of the Complaint may be deemed to require a response,

27  Shell responds that the data speaks for itself and Shell denies, for want of

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT EQUILON ENTERPRISES LLC (D/B/A SHELL OIL PRODUCTS US)'S
ANSWER TO CONSOLIDATED COMPLAINT
18                          CASE NO. 3:15-CV-01749-L-AGS

1   information or belief, each of those averments of Paragraph 68 of the Complaint

2   and denies any conspiratorial conduct.

3        69.    Shell denies each of the averments of Paragraph 69 of the Complaint if

4   or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the

5   extent the averments of Paragraph 69 of the Complaint do not pertain to Shell, Shell

6   denies, for want of information or belief, each of the averments in Paragraph 69 of

7   the Complaint and denies that a conspiracy existed.

8        70.    Shell denies each of the averments of Paragraph 70 of the Complaint if

9   or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the

10  extent the averments of Paragraph 70 of the Complaint do not pertain to Shell, Shell

11  denies, for want of information or belief, each of the averments in Paragraph 70 of

12  the Complaint and denies that a conspiracy existed.  Some of the averments in

13  Paragraph 70 of the Complaint purport to be derived from a Platts report and thus

14  no response is required.  To the extent those averments of Paragraph 70 of the

15  Complaint may be deemed to require a response, Shell responds that the press

16  report speaks for itself and Shell denies, for want of information or belief, each of

17  those averments of Paragraph 70 of the Complaint and denies any conspiratorial

18  conduct.

19       71.    Shell denies each of the averments of Paragraph 71 of the Complaint if

20  or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the

21  extent the averments of Paragraph 71 of the Complaint do not pertain to Shell, Shell

22  denies, for want of information or belief, the averments of Paragraph 71 of the

23  Complaint and denies that a conspiracy existed.

24       72.    Shell denies each of the averments of Paragraph 72 of the Complaint if

25  or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the

26  extent the averments of Paragraph 72 of the Complaint do not pertain to Shell, Shell

27  denies, for want of information or belief, the averments of Paragraph 72 of the

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT EQUILON ENTERPRISES LLC (D/B/A SHELL OIL PRODUCTS US)'S
ANSWER TO CONSOLIDATED COMPLAINT
19                         CASE NO. 3:15-CV-01749-L-AGS

1   Complaint and denies that a conspiracy existed.  Some of the averments in

2   Paragraph 72 of the Complaint purport to be derived from a Daily News article and

3   thus no response is required.  To the extent those averments of Paragraph 72 of the

4   Complaint may be deemed to require a response, Shell responds that the article

5   speaks for itself and Shell denies, for want of information or belief, each of those

6   averments of Paragraph 72 of the Complaint and denies any conspiratorial conduct.

7          73.    Shell denies each of the averments of Paragraph 73 of the Complaint if

8   or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the

9   extent the averments of Paragraph 73 of the Complaint do not pertain to Shell, Shell

10  denies, for want of information or belief, each of the averments in Paragraph 73 of

11  the Complaint and denies that a conspiracy existed.  Some of the averments in

12  Paragraph 73 of the Complaint purport to be derived from a statement by Consumer

13  Watchdog and thus no response is required.  To the extent those averments of

14  Paragraph 73 of the Complaint may be deemed to require a response, Shell

15  responds that the statement speaks for itself and Shell denies, for want of

16  information or belief, each of those averments of Paragraph 73 of the Complaint

17  and denies any conspiratorial conduct.

18         74.    Shell denies each of the averments of Paragraph 74 of the Complaint if

19  or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the

20  extent the averments of Paragraph 74 of the Complaint do not pertain to Shell, Shell

21  denies, for want of information or belief, each of the averments in Paragraph 74 of

22  the Complaint and denies that a conspiracy existed.  Some of the averments in

23  Paragraph 74 of the Complaint purport to be derived from a release by Consumer

24  Watchdog and thus no response is required.  To the extent those averments of

25  Paragraph 74 of the Complaint may be deemed to require a response, Shell

26  responds that the release speaks for itself and Shell denies, for want of information

27

28

or belief, each of those averments of Paragraph 74 of the Complaint and denies any conspiratorial conduct.

75.    Shell denies each of the averments of Paragraph 75 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 75 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, each of the averments in Paragraph 75 of the Complaint and denies that a conspiracy existed.

76.    Shell denies each of the averments of Paragraph 76 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 76 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 76 of the Complaint and denies that a conspiracy existed. Some of the averments in Paragraph 76 of the Complaint purport to be derived from statements by Cody Rosenfield and thus no response is required.  To the extent those averments of Paragraph 76 of the Complaint may be deemed to require a response, Shell responds that Mr. Rosenfield's statements speak for themselves and Shell denies, for want of information or belief, each of those averments of Paragraph 76 of the Complaint and denies any conspiratorial conduct.

77.    Shell denies each of the averments of Paragraph 77 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 77 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 77 of the Complaint and denies that a conspiracy existed. Some of the averments in Paragraph 77 of the Complaint purport to be derived from statements by Cody Rosenfield and thus no response is required.  To the extent those averments of Paragraph 77 of the Complaint may be deemed to require a response, Shell responds that Mr. Rosenfield's statements speak for themselves and Shell denies,

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT EQUILON ENTERPRISES LLC (D/B/A SHELL OIL PRODUCTS US)'S
ANSWER TO CONSOLIDATED COMPLAINT
21                           CASE NO. 3:15-CV-01749-L-AGS

for want of information or belief, each of those averments of Paragraph 77 of the Complaint and denies any conspiratorial conduct.

78.     Shell denies each of the averments of Paragraph 78 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 78 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, each of the averments in Paragraph 78 of the Complaint and denies that a conspiracy existed.

79.     Shell denies each of the averments of Paragraph 79 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 79 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, each of the averments in Paragraph 79 of the Complaint and denies that a conspiracy existed. Some of the averments in Paragraph 79 of the Complaint purport to be derived from statements by Jamie Court and thus no response is required.  To the extent those averments of Paragraph 79 of the Complaint may be deemed to require a response, Shell responds that Mr. Court's speak for themselves and Shell denies, for want of information or belief, each of those averments of Paragraph 79 of the Complaint and denies any conspiratorial conduct.

80.     Shell denies each of the averments of Paragraph 80 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 80 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, each of the averments in Paragraph 80 of the Complaint and denies that a conspiracy existed.  Some of the averments in Paragraph 80 of the Complaint purport to be derived from a statement by Consumer Watchdog and thus no response is required.  To the extent those averments of Paragraph 80 of the Complaint may be deemed to require a response, Shell responds that the statement speaks for itself and Shell denies, for want of

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT EQUILON ENTERPRISES LLC (D/B/A SHELL OIL PRODUCTS US)'S
ANSWER TO CONSOLIDATED COMPLAINT
22                          CASE NO. 3:15-CV-01749-L-AGS

information or belief, each of those averments of Paragraph 80 of the Complaint and denies any conspiratorial conduct.

81.    Shell denies each of the averments of Paragraph 81 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 81 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, each of the averments in Paragraph 81 of the Complaint and denies that a conspiracy existed.

82.    Shell denies each of the averments of Paragraph 82 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 82 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, each of the averments in Paragraph 82 of the Complaint and denies that a conspiracy existed.  Some of the averments in Paragraph 82 of the Complaint purport to be derived from statements by Geoff Goff and thus no response is required.  To the extent those averments of Paragraph 82 of the Complaint may be deemed to require a response, Shell responds that the Mr. Goff's statements speak for themselves and Shell denies, for want of information or belief, each of those averments of Paragraph 82 of the Complaint and denies any conspiratorial conduct.

83.    Shell denies each of the averments of Paragraph 83 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 83 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, each of the averments in Paragraph 83 of the Complaint and denies that a conspiracy existed.  Some of the averments in Paragraph 83 of the Complaint purport to be derived from statements by Jeff Gustavson and thus no response is required.  To the extent those averments of Paragraph 83 of the Complaint may be deemed to require a response, Shell responds that the Mr. Gustavson's statements speak for themselves and Shell

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT EQUILON ENTERPRISES LLC (D/B/A SHELL OIL PRODUCTS US)'S
ANSWER TO CONSOLIDATED COMPLAINT
23                          CASE NO. 3:15-CV-01749-L-AGS

denies, for want of information or belief, each of those averments of Paragraph 83 of the Complaint and denies any conspiratorial conduct.

84.     Shell denies each of the averments of Paragraph 84 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 84 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, each of the averments in Paragraph 84 of the Complaint and denies that a conspiracy existed.

85.     Shell denies each of the averments of Paragraph 85 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 85 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, each of the averments in Paragraph 85 of the Complaint and denies that a conspiracy existed.

86.     Shell denies each of the averments of Paragraph 86 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 86 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, each of the averments in Paragraph 86 of the Complaint and denies that a conspiracy existed.  Some of the averments in Paragraph 86 of the Complaint purport to be derived from materials of the California Energy Commission and thus no response is required.  To the extent those averments of Paragraph 86 of the Complaint may be deemed to require a response, Shell responds that the materials speak for themselves and Shell denies, for want of information or belief, each of those averments of Paragraph 86 of the Complaint and denies any conspiratorial conduct.

87.     Shell denies each of the averments of Paragraph 87 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 87 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, each of the averments in Paragraph 87 of

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT EQUILON ENTERPRISES LLC (D/B/A SHELL OIL PRODUCTS US)'S
ANSWER TO CONSOLIDATED COMPLAINT
24                         CASE NO. 3:15-CV-01749-L-AGS

1  the Complaint and denies that a conspiracy existed.  Some of the averments in

2  Paragraph 87 of the Complaint purport to be derived from a chart from the

3  California Energy Commission and thus no response is required.  To the extent

4  those averments of Paragraph 87 of the Complaint may be deemed to require a

5  response, Shell responds that the materials speak for themselves and Shell denies,

6  for want of information or belief, each of those averments of Paragraph 87 of the

7  Complaint and denies any conspiratorial conduct.

8       88.    Shell denies each of the averments of Paragraph 88 of the Complaint if

9  or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the

10  extent the averments of Paragraph 88 of the Complaint do not pertain to Shell, Shell

11  denies, for want of information or belief, each of the averments in Paragraph 88 of

12  the Complaint and denies that a conspiracy existed.

13      89.    Shell denies each of the averments of Paragraph 89 of the Complaint if

14  or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the

15  extent the averments of Paragraph 89 of the Complaint do not pertain to Shell, Shell

16  denies, for want of information or belief, each of the averments in Paragraph 89 of

17  the Complaint and denies that a conspiracy existed.  Some of the averments in

18  Paragraph 89 of the Complaint purport to be derived from an August 2016 KPBS

19  publication and thus no response is required.  To the extent those averments of

20  Paragraph 89 of the Complaint may be deemed to require a response, Shell

21  responds that the publication speaks for itself and Shell denies, for want of

22  information or belief, each of those averments of Paragraph 89 of the Complaint

23  and denies any conspiratorial conduct.

24      90.    Shell denies each of the averments of Paragraph 90 of the Complaint

25  if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To

26  the extent the averments of Paragraph 90 of the Complaint do not pertain to Shell,

27  Shell denies, for want of information or belief, each of the averments in Paragraph

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT EQUILON ENTERPRISES LLC (D/B/A SHELL OIL PRODUCTS US)'S
ANSWER TO CONSOLIDATED COMPLAINT
25                          CASE NO. 3:15-CV-01749-L-AGS

90 of the Complaint and denies that a conspiracy existed.  Some of the averments in Paragraph 90 of the Complaint purport to be derived from an August 4, 2016 Consumer Watchdog press release and thus no response is required.  To the extent those averments of Paragraph 90 of the Complaint may be deemed to require a response, Shell responds that the press release speaks for itself and Shell denies, for want of information or belief, each of those averments of Paragraph 90 of the Complaint and denies any conspiratorial conduct.

91.   Shell denies each of the averments of Paragraph 91 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 91 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, each of the averments in Paragraph 91 of the Complaint and denies that a conspiracy existed.  Some of the averments in Paragraph 91 of the Complaint purport to be derived from Sacramento Bee article and thus no response is required.  To the extent those averments of Paragraph 91 of the Complaint may be deemed to require a response, Shell responds that the article speaks for itself and Shell denies, for want of information or belief, each of those averments of Paragraph 91 of the Complaint and denies any conspiratorial conduct.

92.   Shell denies each of the averments of Paragraph 92 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 92 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, each of the averments in Paragraph 92 of the Complaint and denies that a conspiracy existed.  Some of the averments in Paragraph 92 of the Complaint purport to be derived from a Los Angeles Times article and thus no response is required.  To the extent those averments of Paragraph 92 of the Complaint may be deemed to require a response, Shell responds that the article speaks for itself and Shell denies, for want of information

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT EQUILON ENTERPRISES LLC (D/B/A SHELL OIL PRODUCTS US)'S
ANSWER TO CONSOLIDATED COMPLAINT
26                                                      CASE NO. 3:15-CV-01749-L-AGS

1   or belief, each of those averments of Paragraph 92 of the Complaint and denies any

2   conspiratorial conduct.

3        93.    Shell denies, for want of information or belief, each of the averments

4   in Paragraph 93 of the Complaint and denies any conspiratorial conduct.  To the

5   extent the averments of Paragraph 93 of the Complaint do not pertain to Shell, Shell

6   denies, for want of information or belief, each of the averments in Paragraph 93 of

7   the Complaint and denies that a conspiracy existed.  Some of the averments in

8   Paragraph 93 of the Complaint purport to be derived from a San Diego Tribune

9   article and thus no response is required.  To the extent those averments of

10  Paragraph 93 of the Complaint may be deemed to require a response, Shell

11  responds that the publication speaks for itself and Shell denies, for want of

12  information or belief, each of those averments of Paragraph 93 of the Complaint

13  and denies any conspiratorial conduct.

14       94.    Shell denies each of the averments of Paragraph 94 of the Complaint if

15  or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the

16  extent the averments of Paragraph 94 of the Complaint do not pertain to Shell, Shell

17  denies, for want of information or belief, the averments of Paragraph 94 of the

18  Complaint and denies that a conspiracy existed.  To the extent the averments of

19  Paragraph 94 of the Complaint consist of conclusions of law, no response is

20  required.  To the extent the averments of Paragraph 94 of the Complaint may be

21  deemed to require a response, Shell denies each of the averments of Paragraph 94

22  of the Complaint and denies any conspiratorial conduct.

23       95.    Shell denies each of the averments of Paragraph 95 of the Complaint if

24  or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the

25  extent the averments of Paragraph 95 of the Complaint do not pertain to Shell, Shell

26  denies, for want of information or belief, the averments of Paragraph 95 of the

27  Complaint and denies that a conspiracy existed.  To the extent the averments of

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT EQUILON ENTERPRISES LLC (D/B/A SHELL OIL PRODUCTS US)'S
ANSWER TO CONSOLIDATED COMPLAINT
27            CASE NO. 3:15-CV-01749-L-AGS

Paragraph 95 of the Complaint consist of conclusions of law, no response is required. To the extent the averments of Paragraph 95 of the Complaint may be deemed to require a response, Shell denies each of the averments of Paragraph 95 of the Complaint and denies any conspiratorial conduct.

96. Shell denies each of the averments of Paragraph 96 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct. To the extent the averments of Paragraph 96 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 96 of the Complaint and denies that a conspiracy existed. To the extent the averments of Paragraph 96 of the Complaint consist of conclusions of law, no response is required. To the extent the averments of Paragraph 96 of the Complaint may be deemed to require a response, Shell denies each of the averments of Paragraph 96 of the Complaint and denies any conspiratorial conduct.

97. Shell denies each of the averments of Paragraph 97 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct. To the extent the averments of Paragraph 97 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 97 of the Complaint and denies that a conspiracy existed. To the extent the averments of Paragraph 97 of the Complaint consist of conclusions of law, no response is required. To the extent the averments of Paragraph 97 of the Complaint may be deemed to require a response, Shell denies each of the averments of Paragraph 97 of the Complaint and denies any conspiratorial conduct.

98. Shell denies each of the averments of Paragraph 98 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct. To the extent the averments of Paragraph 98 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 98 of the Complaint and denies that a conspiracy existed. To the extent the averments of

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT EQUILON ENTERPRISES LLC (D/B/A SHELL OIL PRODUCTS US)'S
ANSWER TO CONSOLIDATED COMPLAINT
28                                  CASE NO. 3:15-CV-01749-L-AGS

Paragraph 98 of the Complaint consist of conclusions of law, no response is required. To the extent the averments of Paragraph 98 of the Complaint may be deemed to require a response, Shell denies each of the averments of Paragraph 98 of the Complaint and denies any conspiratorial conduct. Some of the averments in Paragraph 98 of the Complaint purport to be derived from a Senate report and thus no response is required. To the extent those averments of Paragraph 98 of the Complaint may be deemed to require a response, Shell responds that the report speaks for itself and Shell denies, for want of information or belief, each of those averments of Paragraph 98 of the Complaint and denies any conspiratorial conduct.

99.     Shell denies each of the averments of Paragraph 99 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct. To the extent the averments of Paragraph 99 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 99 of the Complaint and denies that a conspiracy existed. To the extent the averments of Paragraph 99 of the Complaint consist of conclusions of law, no response is required. To the extent the averments of Paragraph 99 of the Complaint may be deemed to require a response, Shell denies each of the averments of Paragraph 99 of the Complaint and denies any conspiratorial conduct.

100.   Shell denies each of the averments of Paragraph 100 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct. To the extent the averments of Paragraph 100 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 100 of the Complaint and denies that a conspiracy existed. To the extent the averments of Paragraph 100 of the Complaint consist of conclusions of law, no response is required. To the extent the averments of Paragraph 100 of the Complaint may be deemed to require a response, Shell denies each of the averments of Paragraph 100 of the Complaint and denies any conspiratorial conduct.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT EQUILON ENTERPRISES LLC (D/B/A SHELL OIL PRODUCTS US)'S
ANSWER TO CONSOLIDATED COMPLAINT
29                      CASE NO. 3:15-CV-01749-L-AGS

101.   Shell denies each of the averments of Paragraph 101 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 101 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 101 of the Complaint and denies that a conspiracy existed.  Some of the averments in Paragraph 98 of the Complaint purport to be derived from a Senate report and thus no response is required.  To the extent those averments of Paragraph 101 of the Complaint may be deemed to require a response, Shell responds that the report speaks for itself and Shell denies, for want of information or belief, each of those averments of Paragraph 101 of the Complaint and denies any conspiratorial conduct.

102.   Shell denies each of the averments of Paragraph 102 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 102 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 102 of the Complaint and denies that a conspiracy existed.

103.   Shell admits that no gas pipelines cross the Rockies, there are approximately 19 refineries on the West Coast, and certain refiners own two refineries on the West Coast.  Subject to that, Shell denies each of the averments of Paragraph 103 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 103 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 103 of the Complaint and denies that a conspiracy existed.

104.   Shell denies each of the averments of Paragraph 104 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 104 of the Complaint do not pertain to Shell,

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT EQUILON ENTERPRISES LLC (D/B/A SHELL OIL PRODUCTS US)'S
ANSWER TO CONSOLIDATED COMPLAINT
30                           CASE NO. 3:15-CV-01749-L-AGS

Shell denies, for want of information or belief, the averments of Paragraph 104 of the Complaint and denies that a conspiracy existed.  Some of the averments in Paragraph 104 of the Complaint purport to be derived from a Senate report and thus no response is required.  To the extent those averments of Paragraph 104 of the Complaint may be deemed to require a response, Shell responds that the report speaks for itself and Shell denies, for want of information or belief, each of those averments of Paragraph 104 of the Complaint and denies any conspiratorial conduct.

105.   Shell denies each of the averments of Paragraph 105 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 105 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 105 of the Complaint and denies that a conspiracy existed.  Some of the averments in Paragraph 105 of the Complaint purport to be derived from a document allegedly generated by Chevron and referred to in a Senate report and thus no response is required.  To the extent those averments of Paragraph 105 of the Complaint may be deemed to require a response, Shell responds that the document and report speak for themselves and Shell denies, for want of information or belief, each of those averments of Paragraph 105 of the Complaint and denies any conspiratorial conduct.

106.   Shell denies each of the averments of Paragraph 106 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 106 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 106 of the Complaint and denies that a conspiracy existed.  Some of the averments in Paragraph 106 of the Complaint purport to be derived from a document allegedly generated by PIRA Energy Group and referred to in a Senate report and thus no

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT EQUILON ENTERPRISES LLC (D/B/A SHELL OIL PRODUCTS US)'S
ANSWER TO CONSOLIDATED COMPLAINT
31                              CASE NO. 3:15-CV-01749-L-AGS

1  response is required.  To the extent those averments of Paragraph 106 of the

2  Complaint may be deemed to require a response, Shell responds that the document

3  and report speak for themselves and Shell denies, for want of information or belief,

4  each of those averments of Paragraph 106 of the Complaint and denies any

5  conspiratorial conduct.

6        107.   Shell denies each of the averments of Paragraph 107 of the Complaint

7  if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To

8  the extent the averments of Paragraph 107 of the Complaint do not pertain to Shell,

9  Shell denies, for want of information or belief, the averments of Paragraph 107 of

10  the Complaint and denies that a conspiracy existed.  Some of the averments in

11  Paragraph 107 of the Complaint purport to be derived from a Senate report and thus

12  no response is required.  To the extent those averments of Paragraph 107 of the

13  Complaint may be deemed to require a response, Shell responds that the  report

14  speaks for itself and Shell denies, for want of information or belief, each of those

15  averments of Paragraph 107 of the Complaint and denies any conspiratorial

16  conduct.

17        108.   Shell denies each of the averments of Paragraph 108 of the Complaint

18  if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To

19  the extent the averments of Paragraph 108 of the Complaint do not pertain to Shell,

20  Shell denies, for want of information or belief, the averments of Paragraph 108 of

21  the Complaint and denies that a conspiracy existed.  Some of the averments in

22  Paragraph 108 of the Complaint purport to be derived from a Senate report and thus

23  no response is required.  To the extent those averments of Paragraph 108 of the

24  Complaint may be deemed to require a response, Shell responds that the report

25  speaks for itself and Shell denies, for want of information or belief, each of those

26  averments of Paragraph 108 of the Complaint and denies any conspiratorial

27  conduct.

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT EQUILON ENTERPRISES LLC (D/B/A SHELL OIL PRODUCTS US)'S
ANSWER TO CONSOLIDATED COMPLAINT
32                           CASE NO. 3:15-CV-01749-L-AGS

109.   Shell admits that it or affiliated entities are members of certain trade associations.  Subject to that, Shell denies each of the averments of Paragraph 109 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 109 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 109 of the Complaint and denies that a conspiracy existed.

110.   Shell admits that it or affiliated entities are or have been members of certain trade associations such as WSPA, API, and AFPM.  Subject to that, Shell denies each of the averments of Paragraph 110 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 110 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 110 of the Complaint and denies that a conspiracy existed.

111.   Shell admits that certain trade associations had meetings prior to October 2012 as well as in 2014, 2015, and 2016 and that Shell or affiliated entities attended certain meetings, conventions, and conferences hosted by certain of those associations.  Subject to that, Shell denies each of the averments of Paragraph 111 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 111 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 111 of the Complaint and denies that a conspiracy existed.

112.   Shell admits that an affiliated entity is a member of WSPA.  Subject to that, Shell denies each of the averments of Paragraph 112 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 112 of the Complaint do not pertain to Shell, Shell

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT EQUILON ENTERPRISES LLC (D/B/A SHELL OIL PRODUCTS US)'S
ANSWER TO CONSOLIDATED COMPLAINT
33                          CASE NO. 3:15-CV-01749-L-AGS

1  denies, for want of information or belief, the averments of Paragraph 112 of the

2  Complaint and denies that a conspiracy existed.

3  113.   Shell admits that it or an affiliated entity is a member of API.  Subject

4  to that, Shell denies each of the averments of Paragraph 113 of the Complaint if or

5  as they purport to pertain to Shell and denies any conspiratorial conduct.  To the

6  extent the averments of Paragraph 113 of the Complaint do not pertain to Shell,

7  Shell denies, for want of information or belief, the averments of Paragraph 113 of

8  the Complaint and denies that a conspiracy existed.

9  114.   Shell admits that it or an affiliated entity has been a member of AFPM.

10  Subject to that, Shell denies each of the averments of Paragraph 114 of the

11  Complaint if or as they purport to pertain to Shell and denies any conspiratorial

12  conduct.  To the extent the averments of Paragraph 114 of the Complaint do not

13  pertain to Shell, Shell denies, for want of information or belief, the averments of

14  Paragraph 114 of the Complaint and denies that a conspiracy existed.

15  115.   Shell denies, for want of information or belief, the averments of the

16  first sentence of Paragraph 115 of the Complaint. Subject to that, Shell denies each

17  of the averments of Paragraph 115 of the Complaint if or as they purport to pertain

18  to Shell and denies any conspiratorial conduct.  To the extent the averments of

19  Paragraph 115 of the Complaint do not pertain to Shell, Shell denies, for want of

20  information or belief, the averments of Paragraph 115 of the Complaint and denies

21  that a conspiracy existed.

22  116.   Shell denies, for want of information or belief, the averments of the

23  first sentence of Paragraph 116 of the Complaint. Subject to that, Shell denies each

24  of the averments of Paragraph 116 of the Complaint if or as they purport to pertain

25  to Shell and denies any conspiratorial conduct.  To the extent the averments of

26  Paragraph 116 of the Complaint do not pertain to Shell, Shell denies, for want of

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT EQUILON ENTERPRISES LLC (D/B/A SHELL OIL PRODUCTS US)'S
ANSWER TO CONSOLIDATED COMPLAINT
34                          CASE NO. 3:15-CV-01749-L-AGS

information or belief, the averments of Paragraph 116 of the Complaint and denies that a conspiracy existed.

117.  Shell denies each of the averments of Paragraph 117 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 117 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, each of the averments in Paragraph 117 of the Complaint and denies that a conspiracy existed.

118.  Shell denies each of the averments of Paragraph 118 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 118 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, each of the averments in Paragraph 118 of the Complaint and denies that a conspiracy existed.  Some of the averments in Paragraph 18 of the Complaint purport to be derived from a publication by the Center for Responsive Politics and thus no response is required.  To the extent those averments of Paragraph 118 of the Complaint may be deemed to require a response, Shell responds that the publication speaks for itself and Shell denies, for want of information or belief, each of those averments of Paragraph 118 of the Complaint and denies any conspiratorial conduct.

119.  Shell denies each of the averments of Paragraph 119 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 119 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 119 of the Complaint and denies that a conspiracy existed.

120.  Shell denies each of the averments of Paragraph 120 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 120 of the Complaint do not pertain to Shell,

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT EQUILON ENTERPRISES LLC (D/B/A SHELL OIL PRODUCTS US)'S
ANSWER TO CONSOLIDATED COMPLAINT
35                                    CASE NO. 3:15-CV-01749-L-AGS

Shell denies, for want of information or belief, the averments of Paragraph 120 of the Complaint and denies that a conspiracy existed.

121. Shell denies each of the averments of Paragraph 121 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct. To the extent the averments of Paragraph 121 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 121 of the Complaint and denies that a conspiracy existed. To the extent the averments of Paragraph 121 of the Complaint consist of conclusions of law, no response is required. To the extent the averments of Paragraph 121 of the Complaint may be deemed to require a response, Shell denies each of the averments of Paragraph 121 of the Complaint and denies any conspiratorial conduct.

122. Shell denies each of the averments of Paragraph 122 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct. To the extent the averments of Paragraph 122 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 122 of the Complaint and denies that a conspiracy existed. To the extent the averments of Paragraph 122 of the Complaint consist of conclusions of law, no response is required. To the extent the averments of Paragraph 122 of the Complaint may be deemed to require a response, Shell denies each of the averments of Paragraph 122 of the Complaint and denies any conspiratorial conduct.

123. Shell denies each of the averments of Paragraph 123 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct. To the extent the averments of Paragraph 123 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 123 of the Complaint and denies that a conspiracy existed. To the extent the averments of Paragraph 123 of the Complaint consist of conclusions of law, no response is required. To the extent the averments of Paragraph 123 of the Complaint may be

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT EQUILON ENTERPRISES LLC (D/B/A SHELL OIL PRODUCTS US)'S
ANSWER TO CONSOLIDATED COMPLAINT
36                                    CASE NO. 3:15-CV-01749-L-AGS

1  deemed to require a response, Shell denies each of the averments of Paragraph 123

2  of the Complaint and denies any conspiratorial conduct.

3      124.   Shell denies each of the averments of Paragraph 124 of the Complaint

4  if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To

5  the extent the averments of Paragraph 124 of the Complaint do not pertain to Shell,

6  Shell denies, for want of information or belief, the averments of Paragraph 124 of

7  the Complaint and denies that a conspiracy existed. To the extent the averments of

8  Paragraph 124 of the Complaint consist of conclusions of law, no response is

9  required.  To the extent the averments of Paragraph 124 of the Complaint may be

10  deemed to require a response, Shell denies each of the averments of Paragraph 124

11  of the Complaint and denies any conspiratorial conduct.

12      125.   Shell denies each of the averments of Paragraph 125 of the Complaint

13  if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To

14  the extent the averments of Paragraph 125 of the Complaint do not pertain to Shell,

15  Shell denies, for want of information or belief, the averments of Paragraph 125 of

16  the Complaint and denies that a conspiracy existed.  Some of the averments in

17  Paragraph 125 of the Complaint purport to be derived from a Consumer Watchdog

18  publication and thus no response is required.  To the extent those averments of

19  Paragraph 125 of the Complaint may be deemed to require a response, Shell

20  responds that the publication speaks for itself and Shell denies, for want of

21  information or belief, each of those averments of Paragraph 125 of the Complaint

22  and denies any conspiratorial conduct.

23      126.   Shell admits that it has exchange agreements with certain Defendants.

24  Subject to that, Shell denies each of the averments of Paragraph 126 of the

25  Complaint if or as they purport to pertain to Shell and denies any conspiratorial

26  conduct.  To the extent the averments of Paragraph 126 of the Complaint do not

27  pertain to Shell, Shell denies, for want of information or belief, the averments of

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT EQUILON ENTERPRISES LLC (D/B/A SHELL OIL PRODUCTS US)'S
ANSWER TO CONSOLIDATED COMPLAINT
37                           CASE NO. 3:15-CV-01749-L-AGS

Paragraph 126 of the Complaint and denies that a conspiracy existed.  To the extent the averments of Paragraph 126 of the Complaint consist of conclusions of law, no response is required.  To the extent the averments of Paragraph 126 of the Complaint may be deemed to require a response, Shell denies each of the averments of Paragraph 126 of the Complaint and denies any conspiratorial conduct.

127.   The averments in Paragraph 127 of the Complaint purport to be derived from statements by Bob van der Valk, senior editor of the Bakken Oil Business Journal and thus no response is required.  To the extent the averments of Paragraph 127 of the Complaint may be deemed to require a response, Shell denies each of the averments of Paragraph 127 of the Complaint and denies any conspiratorial conduct.

128.   The averments of Paragraph 128 of the Complaint are not directed at Shell and therefore no response is required.  To the extent the averments of Paragraph 128 of the Complaint may be deemed to require a response, Shell denies each of the averments of Paragraph 128 of the Complaint and denies any conspiratorial conduct.

129.   The averments of Paragraph 129 of the Complaint are not directed at Shell and therefore no response is required. To the extent the averments of Paragraph 129 of the Complaint may be deemed to require a response, Shell denies each of the averments of Paragraph 129 of the Complaint and denies any conspiratorial conduct.

130.   The averments in Paragraph 130 of the Complaint purport to be derived from a letter by then-Attorney General Kamala Harris and thus no response is required.  To the extent the averments of Paragraph 130 of the Complaint may be deemed to require a response, Shell denies each of the averments of Paragraph 130 of the Complaint and denies any conspiratorial conduct.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT EQUILON ENTERPRISES LLC (D/B/A SHELL OIL PRODUCTS US)'S
ANSWER TO CONSOLIDATED COMPLAINT
38                          CASE NO. 3:15-CV-01749-L-AGS

131.   Shell admits that Shell Oil Company received a subpoena in May 2016 from California's Attorney General, and that it has acknowledged in the past receiving that subpoena.  Subject to that, Shell denies the averments of Paragraph 131 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 131 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 131 of the Complaint and denies that a conspiracy existed.

132.   The averments in Paragraph 132 of the Complaint purport to be derived from a letter by Senator Diane Feinstein and thus no response is required.  To the extent the averments of Paragraph 132 of the Complaint may be deemed to require a response, Shell denies each of the averments of Paragraph 132 of the Complaint and denies any conspiratorial conduct.

133.   The averments in Paragraph 133 of the Complaint purport to be derived from a letter by Senator Diane Feinstein and thus no response is required.  To the extent the averments of Paragraph 133 of the Complaint may be deemed to require a response, Shell denies each of the averments of Paragraph 133 of the Complaint and denies any conspiratorial conduct.

134.   The averments in Paragraph 134 of the Complaint purport to be derived from a letter by Congressman Peter DeFazio and thus no response is required.  To the extent the averments of Paragraph 134 of the Complaint may be deemed to require a response, Shell denies each of the averments of Paragraph 134 of the Complaint and denies any conspiratorial conduct.

135.   The averments in Paragraph 135 of the Complaint purport to be derived from a letter by Congressman Peter DeFazio and thus no response is required.  To the extent the averments of Paragraph 135 of the Complaint may be

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT EQUILON ENTERPRISES LLC (D/B/A SHELL OIL PRODUCTS US)'S
ANSWER TO CONSOLIDATED COMPLAINT
39                              CASE NO. 3:15-CV-01749-L-AGS

1   deemed to require a response, Shell denies each of the averments of Paragraph 135

2   of the Complaint and denies any conspiratorial conduct.

3      136.   The averments in Paragraph 136 of the Complaint purport to be

4   derived from a letter by Congressman Peter DeFazio and thus no response is

5   required.  To the extent the averments of Paragraph 136 of the Complaint may be

6   deemed to require a response, Shell denies each of the averments of Paragraph 136

7   of the Complaint and denies any conspiratorial conduct.

8      137.   The averments in Paragraph 137 of the Complaint purport to be

9   derived from an announcement by then-Attorney General Eric Holder and thus no

10  response is required.  To the extent the averments of Paragraph 137 of the

11  Complaint may be deemed to require a response, Shell denies each of the averments

12  of Paragraph 137 of the Complaint and denies any conspiratorial conduct.

13     138.   The averments of Paragraph 138 of the Complaint are not directed at

14  Shell and therefore no response is required. To the extent the averments of

15  Paragraph 138 of the Complaint may be deemed to require a response, Shell denies

16  each of the averments of Paragraph 138 of the Complaint and denies any

17  conspiratorial conduct.

18     139.   The averments of Paragraph 139 of the Complaint are not directed at

19  Shell and therefore no response is required. To the extent the averments of

20  Paragraph 139 of the Complaint may be deemed to require a response, Shell denies

21  each of the averments of Paragraph 139 of the Complaint and denies any

22  conspiratorial conduct.

23     140.   The averments of Paragraph 140 of the Complaint are not directed at

24  Shell and therefore no response is required.

25     141.   The averments in Paragraph 141 of the Complaint purport to be

26  derived from statements by Edie Chang, Deputy Executive Director of CARB, and

27  thus no response is required.  To the extent the averments of Paragraph 141 of the

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT EQUILON ENTERPRISES LLC (D/B/A SHELL OIL PRODUCTS US)'S
ANSWER TO CONSOLIDATED COMPLAINT
40                          CASE NO. 3:15-CV-01749-L-AGS

1  Complaint may be deemed to require a response, Shell denies each of the averments

2  of Paragraph 141 of the Complaint and denies any conspiratorial conduct.

3      142.   The averments of Paragraph 142 of the Complaint consist of

4  conclusions of law to which no response is required, except that Shell admits that

5  Plaintiffs purport to bring this action under provisions of Federal Rule of Civil

6  Procedure 23.

7      143.   The averments of Paragraph 143 of the Complaint consist of

8  conclusions of law to which no response is required. To the extent the averments of

9  Paragraph 144 of the Complaint may be deemed to require a response, Shell denies

10  each of the averments of Paragraph 144 of the Complaint and denies any

11  conspiratorial conduct and that the purported class is ascertainable.  To the extent

12  the averments of Paragraph 144 of the Complaint do not pertain to Shell, Shell

13  denies, for want of information or belief, the averments of Paragraph 144 of the

14  Complaint and that a conspiracy existed.

15      144.   The averments of Paragraph 144 of the Complaint consist of

16  conclusions of law to which no response is required.  To the extent the averments of

17  Paragraph 144 of the Complaint may be deemed to require a response, Shell denies

18  each of the averments of Paragraph 144 of the Complaint and denies any

19  conspiratorial conduct and that this action is appropriate for class certification.  To

20  the extent the averments of Paragraph 144 of the Complaint do not pertain to Shell,

21  Shell denies, for want of information or belief, the averments of Paragraph 144 of

22  the Complaint and that a conspiracy existed.

23      145.   The averments of Paragraph 145 of the Complaint consist of

24  conclusions of law to which no response is required.  To the extent the averments of

25  Paragraph 145 of the Complaint may be deemed to require a response, Shell denies

26  each of the averments of Paragraph 145 of the Complaint and denies any

27  conspiratorial conduct and that this action is appropriate for class certification.  To

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT EQUILON ENTERPRISES LLC (D/B/A SHELL OIL PRODUCTS US)'S
ANSWER TO CONSOLIDATED COMPLAINT
41                          CASE NO. 3:15-CV-01749-L-AGS

1   the extent the averments of Paragraph 145 of the Complaint do not pertain to Shell,

2   Shell denies, for want of information or belief, the averments of Paragraph 145 of

3   the Complaint and that a conspiracy existed.

4       146.   The averments of Paragraph 146 of the Complaint consist of

5   conclusions of law to which no response is required.  To the extent the averments of

6   Paragraph 146 of the Complaint may be deemed to require a response, Shell denies

7   each of the averments of Paragraph 146 of the Complaint and denies any

8   conspiratorial conduct and that this action is appropriate for class certification.  To

9   the extent the averments of Paragraph 146 of the Complaint do not pertain to Shell,

10   Shell denies, for want of information or belief, the averments of Paragraph 146 of

11   the Complaint and that a conspiracy existed.

12       147.   The averments of Paragraph 147 of the Complaint consist of

13   conclusions of law to which no response is required.  To the extent the averments of

14   Paragraph 147 of the Complaint may be deemed to require a response, Shell denies

15   each of the averments of Paragraph 147 of the Complaint and denies any

16   conspiratorial conduct and that this action is appropriate for class certification.  To

17   the extent the averments of Paragraph 147 of the Complaint do not pertain to Shell,

18   Shell denies, for want of information or belief, the averments of Paragraph 147 of

19   the Complaint and that a conspiracy existed.

20       148.   The averments of Paragraph 148 of the Complaint consist of

21   conclusions of law to which no response is required.  To the extent the averments of

22   Paragraph 148 of the Complaint may be deemed to require a response, Shell denies

23   each of the averments of Paragraph 148 of the Complaint and denies any

24   conspiratorial conduct and that this action is appropriate for class certification.  To

25   the extent the averments of Paragraph 148 of the Complaint do not pertain to Shell,

26   Shell denies, for want of information or belief, the averments of Paragraph 148 of

27   the Complaint and that a conspiracy existed.

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT EQUILON ENTERPRISES LLC (D/B/A SHELL OIL PRODUCTS US)'S
ANSWER TO CONSOLIDATED COMPLAINT
42                                    CASE NO. 3:15-CV-01749-L-AGS

149.   The averments of Paragraph 149 of the Complaint consist of conclusions of law to which no response is required.  To the extent the averments of Paragraph 149 of the Complaint may be deemed to require a response, Shell denies each of the averments of Paragraph 149 of the Complaint and denies any conspiratorial conduct and that this action is appropriate for class certification.  To the extent the averments of Paragraph 149 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 149 of the Complaint and denies that a conspiracy existed.

150.   The averments of Paragraph 150 of the Complaint consist of conclusions of law to which no response is required.  To the extent the averments of Paragraph 150 of the Complaint may be deemed to require a response, Shell denies each of the averments of Paragraph 150 of the Complaint and denies any conspiratorial conduct and that this action is appropriate for class certification.  To the extent the averments of Paragraph 150 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 150 of the Complaint and denies that a conspiracy existed.

151.   The averments of Paragraph 151 of the Complaint consist of conclusions of law to which no response is required.  To the extent the averments of Paragraph 151 of the Complaint may be deemed to require a response, Shell denies each of the averments of Paragraph 151 of the Complaint and denies any conspiratorial conduct and that this action is appropriate for class certification.  To the extent the averments of Paragraph 151 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 151 of the Complaint and denies that a conspiracy existed.

152.   The averments of Paragraph 152 of the Complaint consist of conclusions of law to which no response is required.  To the extent the averments of Paragraph 152 of the Complaint may be deemed to require a response, Shell denies

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT EQUILON ENTERPRISES LLC (D/B/A SHELL OIL PRODUCTS US)'S
ANSWER TO CONSOLIDATED COMPLAINT
43                          CASE NO. 3:15-CV-01749-L-AGS

1   each of the averments of Paragraph 152 of the Complaint and denies any
2   conspiratorial conduct and that this action is appropriate for class certification.  To
3   the extent the averments of Paragraph 152 of the Complaint do not pertain to Shell,
4   Shell denies, for want of information or belief, the averments of Paragraph 152 of
5   the Complaint and denies that a conspiracy existed.

6        153.   The averments of Paragraph 153 of the Complaint consist of
7   conclusions of law to which no response is required.  To the extent the averments of
8   Paragraph 153 of the Complaint may be deemed to require a response, Shell denies
9   each of the averments of Paragraph 153 of the Complaint and denies any
10  conspiratorial conduct.  To the extent the averments of Paragraph 153 of the
11  Complaint do not pertain to Shell, Shell denies, for want of information or belief,
12  the averments of Paragraph 153 of the Complaint and denies that a conspiracy
13  existed.

14       154.   Shell denies each of the averments of Paragraph 154 of the Complaint
15  if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To
16  the extent the averments of Paragraph 154  of the Complaint do not pertain to Shell,
17  Shell denies, for want of information or belief, the averments of Paragraph 154  of
18  the Complaint and denies that a conspiracy existed.  To the extent the averments of
19  Paragraph 154 of the Complaint consist of conclusions of law, no response is
20  required.  To the extent the averments of Paragraph 154 of the Complaint may be
21  deemed to require a response, Shell denies each of the averments of Paragraph 154
22  of the Complaint and denies any conspiratorial conduct.

23       155.   Shell denies each of the averments of Paragraph 155 of the Complaint
24  if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To
25  the extent the averments of Paragraph 155  of the Complaint do not pertain to Shell,
26  Shell denies, for want of information or belief, the averments of Paragraph 155  of
27  the Complaint and denies that a conspiracy existed.  To the extent the averments of

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT EQUILON ENTERPRISES LLC (D/B/A SHELL OIL PRODUCTS US)'S
ANSWER TO CONSOLIDATED COMPLAINT
44                          CASE NO. 3:15-CV-01749-L-AGS

Paragraph 155 of the Complaint consist of conclusions of law, no response is required. To the extent the averments of Paragraph 155 of the Complaint may be deemed to require a response, Shell denies each of the averments of Paragraph 155 of the Complaint and denies any conspiratorial conduct.

156.   Shell denies each of the averments of Paragraph 156 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct. To the extent the averments of Paragraph 156 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 156 of the Complaint and denies that a conspiracy existed. To the extent the averments of Paragraph 156 of the Complaint consist of conclusions of law, no response is required. To the extent the averments of Paragraph 156 of the Complaint may be deemed to require a response, Shell denies each of the averments of Paragraph 156 of the Complaint and denies any conspiratorial conduct.

157.   Shell admits that it competes with certain Defendants in certain aspects of the sale of gasoline in California. Subject to that, the averments of Paragraph 157 of the Complaint consist of conclusions of law to which no response is required.

158.   Shell denies each of the averments of Paragraph 158 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct. To the extent the averments of Paragraph 158 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 158 of the Complaint and denies that a conspiracy existed.

159.   Shell denies each of the averments of Paragraph 159 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct. To the extent the averments of Paragraph 159 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 159 of the Complaint and denies that a conspiracy existed.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT EQUILON ENTERPRISES LLC (D/B/A SHELL OIL PRODUCTS US)'S
ANSWER TO CONSOLIDATED COMPLAINT
45                          CASE NO. 3:15-CV-01749-L-AGS

160.   The averments of Paragraph 160 of the Complaint consist of conclusions of law to which no response is required. To the extent the averments of Paragraph 160 of the Complaint may be deemed to require a response, Shell denies each of the averments of Paragraph 160 of the Complaint and denies any conspiratorial conduct.

161.   The averments of Paragraph 161 of the Complaint consist of conclusions of law to which no response is required.  To the extent the averments of Paragraph 161 of the Complaint may be deemed to require a response, Shell denies each of the averments of Paragraph 161 of the Complaint and denies any conspiratorial conduct and any acts to conceal such conduct.  To the extent the averments of Paragraph 161 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 161 of the Complaint and denies that a conspiracy existed.

162.   Shell denies each of the averments of Paragraph 162 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 162 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 162 of the Complaint and denies that a conspiracy existed.  To the extent the averments of Paragraph 162 of the Complaint consist of conclusions of law, no response is required.  To the extent the averments of Paragraph 162 of the Complaint may be deemed to require a response, Shell denies each of the averments of Paragraph 162 of the Complaint.

163.   Shell denies each of the averments of Paragraph 163 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 163 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 163 of the Complaint and denies that a conspiracy existed.  To the extent the averments of

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT EQUILON ENTERPRISES LLC (D/B/A SHELL OIL PRODUCTS US)'S
ANSWER TO CONSOLIDATED COMPLAINT
46                          CASE NO. 3:15-CV-01749-L-AGS

Paragraph 163 of the Complaint consist of conclusions of law, no response is required.  To the extent the averments of Paragraph 163 of the Complaint may be deemed to require a response, Shell denies each of the averments of Paragraph 163 of the Complaint.

164.   Shell denies each of the averments of Paragraph 164 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 164 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 164 of the Complaint and denies that a conspiracy existed.  To the extent the averments of Paragraph 164 of the Complaint consist of conclusions of law, no response is required.  To the extent the averments of Paragraph 164 of the Complaint may be deemed to require a response, Shell denies each of the averments of Paragraph 164 of the Complaint.

165.   Shell denies each of the averments of Paragraph 165 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 165 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 165 of the Complaint and denies that a conspiracy existed.  To the extent the averments of Paragraph 165 of the Complaint consist of conclusions of law, no response is required.  To the extent the averments of Paragraph 165 of the Complaint may be deemed to require a response, Shell denies each of the averments of Paragraph 165 of the Complaint.

166.   Shell denies each of the averments of Paragraph 166 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 166 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 166 of the Complaint and denies that a conspiracy existed.  To the extent the averments of

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT EQUILON ENTERPRISES LLC (D/B/A SHELL OIL PRODUCTS US)'S
ANSWER TO CONSOLIDATED COMPLAINT
47                     CASE NO. 3:15-CV-01749-L-AGS

Paragraph 166 of the Complaint consist of conclusions of law, no response is required.  To the extent the averments of Paragraph 166 of the Complaint may be deemed to require a response, Shell denies each of the averments of Paragraph 166 of the Complaint.

167.   Shell denies each of the averments of Paragraph 167 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 167 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 167 of the Complaint and denies that a conspiracy existed.  To the extent the averments of Paragraph 167 of the Complaint consist of conclusions of law, no response is required.  To the extent the averments of Paragraph 167 of the Complaint may be deemed to require a response, Shell denies each of the averments of Paragraph 167 of the Complaint.

168.   Shell denies each of the averments of Paragraph 168 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 168 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 168 of the Complaint and denies that a conspiracy existed.  To the extent the averments of Paragraph 168 of the Complaint consist of conclusions of law, no response is required.  To the extent the averments of Paragraph 168 of the Complaint may be deemed to require a response, Shell denies each of the averments of Paragraph 168 of the Complaint.

169.   Shell admits that Paragraph 169 of the Complaint purports to reference and reallege the earlier allegations of the Complaint. To the extent the averments of Paragraph 169 of the Complaint may be deemed to require a response, Shell denies each of the averments of Paragraph 169 of the Complaint.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT EQUILON ENTERPRISES LLC (D/B/A SHELL OIL PRODUCTS US)'S
ANSWER TO CONSOLIDATED COMPLAINT
48                             CASE NO. 3:15-CV-01749-L-AGS

170.   Shell denies each of the averments of Paragraph 170 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 170 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 170 of the Complaint and denies that a conspiracy existed.  To the extent the averments of Paragraph 170 of the Complaint consist of conclusions of law, no response is required.  To the extent the averments of Paragraph 170 of the Complaint may be deemed to require a response, Shell denies each of the averments of Paragraph 170 of the Complaint.

171.   Shell denies each of the averments of Paragraph 171 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 171 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 171 of the Complaint and denies that a conspiracy existed.  To the extent the averments of Paragraph 171 of the Complaint consist of conclusions of law, no response is required.  To the extent the averments of Paragraph 171 of the Complaint may be deemed to require a response, Shell denies each of the averments of Paragraph 171 of the Complaint.

172.   Shell denies each of the averments of Paragraph 172 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 172 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 172 of the Complaint and denies that a conspiracy existed.  To the extent the averments of Paragraph 172 of the Complaint consist of conclusions of law, no response is required.  To the extent the averments of Paragraph 172 of the Complaint may be deemed to require a response, Shell denies each of the averments of Paragraph 172 of the Complaint.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT EQUILON ENTERPRISES LLC (D/B/A SHELL OIL PRODUCTS US)'S
ANSWER TO CONSOLIDATED COMPLAINT
49                        CASE NO. 3:15-CV-01749-L-AGS

173.   Shell denies each of the averments of Paragraph 173 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 173 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 173 of the Complaint and denies that a conspiracy existed.  To the extent the averments of Paragraph 173 of the Complaint consist of conclusions of law, no response is required.  To the extent the averments of Paragraph 173 of the Complaint may be deemed to require a response, Shell denies each of the averments of Paragraph 173 of the Complaint.

174.   Shell denies each of the averments of Paragraph 174 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 174 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 174 of the Complaint and denies that a conspiracy existed.  To the extent the averments of Paragraph 174 of the Complaint consist of conclusions of law, no response is required.  To the extent the averments of Paragraph 174 of the Complaint may be deemed to require a response, Shell denies each of the averments of Paragraph 174 of the Complaint.

175.   Shell admits that Paragraph 175 of the Complaint purports to reference and reallege the earlier allegations of the Complaint. To the extent the averments of Paragraph 175 of the Complaint may be deemed to require a response, Shell denies each of the averments of Paragraph 175 of the Complaint.

176.   Shell denies each of the averments of Paragraph 176 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 176 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 176 of the Complaint and denies that a conspiracy existed.  To the extent the averments of

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT EQUILON ENTERPRISES LLC (D/B/A SHELL OIL PRODUCTS US)'S
ANSWER TO CONSOLIDATED COMPLAINT
50                          CASE NO. 3:15-CV-01749-L-AGS

Paragraph 176 of the Complaint consist of conclusions of law, no response is required.  To the extent the averments of Paragraph 176 of the Complaint may be deemed to require a response, Shell denies each of the averments of Paragraph 176 of the Complaint.

177.   Shell denies each of the averments of Paragraph 177 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 177 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 177 of the Complaint and denies that a conspiracy existed.  To the extent the averments of Paragraph 177 of the Complaint consist of conclusions of law, no response is required.  To the extent the averments of Paragraph 177 of the Complaint may be deemed to require a response, Shell denies each of the averments of Paragraph 177 of the Complaint.

178.   Shell denies each of the averments of Paragraph 178 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 178 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 178 of the Complaint and denies that a conspiracy existed.  To the extent the averments of Paragraph 178 of the Complaint consist of conclusions of law, no response is required.  To the extent the averments of Paragraph 178 of the Complaint may be deemed to require a response, Shell denies each of the averments of Paragraph 178 of the Complaint.

179.   Shell denies each of the averments of Paragraph 179 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct.  To the extent the averments of Paragraph 179 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 179 of the Complaint and denies that a conspiracy existed.  To the extent the averments of

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT EQUILON ENTERPRISES LLC (D/B/A SHELL OIL PRODUCTS US)'S
ANSWER TO CONSOLIDATED COMPLAINT
51                          CASE NO. 3:15-CV-01749-L-AGS

Paragraph 179 of the Complaint consist of conclusions of law, no response is required. To the extent the averments of Paragraph 179 of the Complaint may be deemed to require a response, Shell denies each of the averments of Paragraph 179 of the Complaint.

180. Shell denies each of the averments of Paragraph 180 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct. To the extent the averments of Paragraph 180 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 180 of the Complaint and denies that a conspiracy existed. To the extent the averments of Paragraph 180 of the Complaint consist of conclusions of law, no response is required. To the extent the averments of Paragraph 180 of the Complaint may be deemed to require a response, Shell denies each of the averments of Paragraph 180 of the Complaint.

181. Shell denies each of the averments of Paragraph 181 of the Complaint if or as they purport to pertain to Shell and denies any conspiratorial conduct. To the extent the averments of Paragraph 181 of the Complaint do not pertain to Shell, Shell denies, for want of information or belief, the averments of Paragraph 181 of the Complaint and denies that a conspiracy existed. To the extent the averments of Paragraph 181 of the Complaint consist of conclusions of law, no response is required. To the extent the averments of Paragraph 181 of the Complaint may be deemed to require a response, Shell denies each of the averments of Paragraph 181 of the Complaint.

## PRAYER FOR RELIEF

Shell denies each of the averments of Paragraphs A through E of Plaintiffs' Prayer for Relief in the Complaint, and avers that Plaintiffs are not entitled to any relief of any kind for or as against Shell.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT EQUILON ENTERPRISES LLC (D/B/A SHELL OIL PRODUCTS US)'S
ANSWER TO CONSOLIDATED COMPLAINT
52                          CASE NO. 3:15-CV-01749-L-AGS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## JURY DEMAND

To the extent any response is required to Plaintiffs' Jury Trial Demand, Shell admits that Plaintiffs purport to demand a trial by jury.

## AFFIRMATIVE AND/OR ADDITIONAL DEFENSES

Without assuming the burden of proof where it rests upon Plaintiffs, Shell avers the following as separate affirmative and/or additional defenses to Plaintiffs' Complaint:

## FIRST DEFENSE

## (Failure To State A Claim)

Each of Plaintiffs' claims or causes of action is barred, in whole or in part, because the Complaint fails to state a claim or cause of action upon which relief may be granted.

## SECOND DEFENSE

## (Statutes Of Limitations)

Each of Plaintiffs' claims or causes of action is barred, in whole or in part, by applicable statutes of limitations.

## THIRD DEFENSE

## (Claim Splitting And Election Of Remedies)

Each of Plaintiffs' claims or causes of action are barred, in whole or in part, by reason of claim splitting and by the doctrine of the election of remedies.

## FOURTH DEFENSE

## (Laches, Estoppel, Waiver, And/Or Unclean Hands)

Each of Plaintiffs' claims or causes of action is barred, in whole or in part, under the doctrine of laches, estoppel, waiver, and/or unclean hands.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT EQUILON ENTERPRISES LLC (D/B/A SHELL OIL PRODUCTS US)'S
ANSWER TO CONSOLIDATED COMPLAINT
53                              CASE NO. 3:15-CV-01749-L-AGS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## FIFTH DEFENSE

### (Reasonable Justification)

Each of Plaintiffs' claims or causes of action is barred, in whole or in part, because all of the actions of Shell being challenged by Plaintiffs were lawful, justified, pro-competitive, constitute bona fide business competition, and were carried out in furtherance of Shell's legitimate business interests.

## SIXTH DEFENSE

### (Ratification, Acquiescence, Agreement Or Consent)

Each of Plaintiffs' claims or causes of action is barred, in whole or in part, by reason of Plaintiffs' ratification of, or acquiescence, agreement or consent to the conduct of Shell.

## SEVENTH DEFENSE

### (Accord And Satisfaction, Release And Settlement)

Each of Plaintiffs' claims or causes of action is barred, in whole or in part, by the doctrines of accord and satisfaction, release and settlement.

## EIGHTH DEFENSE

### (Government Privilege)

Each of Plaintiffs' claims or causes of action is barred, in whole or in part, because the alleged conduct of Shell that is the subject of the Complaint was caused by, due to, based upon, or in response to directives, laws, regulations, policies, and/or acts of governments, governmental agencies and entities, and/or regulatory agencies, and such is non-actionable or privileged.

## NINTH DEFENSE

### (Lack Of Standing)

Each of Plaintiffs' claims or causes of action is barred, in whole or in part, because Plaintiffs lack standing to bring the claims asserted in the Complaint.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT EQUILON ENTERPRISES LLC (D/B/A SHELL OIL PRODUCTS US)'S
ANSWER TO CONSOLIDATED COMPLAINT
54                          CASE NO. 3:15-CV-01749-L-AGS

## TENTH DEFENSE

### (Ultra Vires)

Each of Plaintiffs' claims or causes of action is barred, in whole or in part, because, to the extent that any employee or agent of Shell engaged in any unlawful act or omission, which unlawful act or omission Shell expressly denies, any such actionable act or omission would have been committed by individuals acting ultra vires.

## ELEVENTH DEFENSE

### (Other Causes)

Each of Plaintiffs' claims or causes of action is barred, in whole or in part, because Plaintiffs' alleged injuries, if any, stemmed from independent, unforeseeable, superseding, and/or intervening causes.

## TWELFTH DEFENSE

### (Lack Of Antitrust Injury)

Each of Plaintiffs' claims or causes of action is barred, in whole or in part, because no Plaintiffs have suffered an antitrust injury.

## THIRTEENTH DEFENSE

### (No Act Of Shell)

Each of Plaintiffs' claims or causes of action is barred, in whole or in part, because no Plaintiffs have been injured in its business or property by reason of any action of Shell.

## FOURTEENTH DEFENSE

### (Speculative Damages)

Each of Plaintiffs' claims or causes of action is barred, in whole or in part, because Plaintiffs' alleged damages, if any, are speculative and because of the impossibility of the ascertainment and allocation of such alleged damages.

Morgan, Lewis &
Bockius LLP
Attorneys At Law
Los Angeles

DEFENDANT EQUILON ENTERPRISES LLC (D/B/A SHELL OIL PRODUCTS US)'S
ANSWER TO CONSOLIDATED COMPLAINT
55                                    CASE NO. 3:15-CV-01749-L-AGS

1

## FIFTEENTH DEFENSE

2

### (Failure to Mitigate Damages)

3    Each of Plaintiffs' claims or causes of action is barred from recovery of

4  damages, in whole or in part, because of and to the extent of Plaintiffs' failure to

5  mitigate damages.

6

## SIXTEENTH DEFENSE

7

### (Pass-On)

8    Plaintiffs' claims or causes of action for an illegal overcharge are barred, in

9  whole or in part, to the extent that such overcharge, the existence of which Shell

10 expressly denies, was absorbed, in whole or in part, by others, and was not passed

11 on to Plaintiffs and/or was passed-on to others, exposing Shell to a duplication in

12 the recovery of damages.

13

## SEVENTEENTH DEFENSE

14

### (Restitution)

15    Each of Plaintiffs' claims or causes of action are barred from recovery of

16 damages, in whole or in part, to the extent that any restitution or award of damages

17 to Plaintiffs would be excessive and punitive, and disproportionate to any alleged

18 injury suffered by Plaintiffs.

19

## EIGHTEENTH DEFENSE

20

### (Injunction)

21    Plaintiffs' claims or causes of action for injunction are barred, in whole or in

22 part, because Plaintiffs seek to enjoin alleged events that would have already

23 transpired and without the requisite showing of threatened future harm or

24 continuing violation.

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT EQUILON ENTERPRISES LLC (D/B/A SHELL OIL PRODUCTS US)'S
ANSWER TO CONSOLIDATED COMPLAINT
56                               CASE NO. 3:15-CV-01749-L-AGS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## NINETEENTH DEFENSE

### (Residency)

To the extent Plaintiffs seek to assert claims or obtain relief under the laws of a state of which they are not a resident, those claims are barred by (i) constitutional rights of due process; (ii) choice of law principles; and (iii) the laws of the states under which Plaintiffs assert their claims.

## TWENTIETH DEFENSE

### (Unjust Enrichment)

Each of Plaintiffs' claims or causes of action are barred, in whole or in part, because Plaintiffs would be unjustly enriched if they were allowed to recover any part of the damages alleged in the Complaint.

## TWENTY-FIRST DEFENSE

### (Comparative Fault)

Each of Plaintiffs' claims or causes of action are barred, in whole or in part, to the extent the injuries alleged in the Complaint, the fact and extent of which are expressly denied by Shell, were directly and proximately caused by or contributed to by the statements, acts or omissions of Plaintiffs or third persons or entities unaffiliated with Shell.

## TWENTY-SECOND DEFENSE

### (No Multiple Recoveries)

Each of Plaintiffs' claims or causes of action are barred, in whole or in part, to the extent it would result in Shell paying damages to more than one claimant for the same alleged overcharge, because such multiple recoveries would violate rights guaranteed to Shell by applicable states' laws and by the United States Constitution, including, without limitation, rights guaranteed under the Due Process Clause of the Fourteenth Amendment.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT EQUILON ENTERPRISES LLC (D/B/A SHELL OIL PRODUCTS US)'S
ANSWER TO CONSOLIDATED COMPLAINT
57                          CASE NO. 3:15-CV-01749-L-AGS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## TWENTY-THIRD DEFENSE

### (Voluntary Payment Doctrine)

Each of Plaintiffs' claims or causes of action are barred, in whole or in part, by the voluntary payment doctrine, under which Plaintiffs are not entitled to recover payments made with full knowledge of the facts.

## TWENTY-FOURTH DEFENSE

### (*Noerr-Pennington*)

Each of Plaintiffs' claims or causes of action are barred, in whole or in part, by the *Noerr-Pennington* doctrine, including because those claims relate to lobbying activities or otherwise petition the government.

## TWENTY-FIFTH DEFENSE

### (Mandatory Arbitration)

Some of the claims or causes of actions of members of the proposed putative class as set forth in the Complaint are barred to the extent members of the proposed putative class have agreed to mandatory binding arbitration which bars any representative, collective, or class claims or actions.

## TWENTY-SIXTH DEFENSE

### (Release)

Some of the claims or causes of actions of Plaintiffs and members of the proposed putative class as set forth in the Complaint are barred, in whole or in part, to the extent said claims have been released by Plaintiffs and putative class members in question.

## TWENTY-SEVENTH DEFENSE

### (Unavoidable Accident)

The injuries, damages, and losses alleged in the Complaint, none being admitted, may have resulted, at least in part, from an unavoidable accident.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT EQUILON ENTERPRISES LLC (D/B/A SHELL OIL PRODUCTS US)'S
ANSWER TO CONSOLIDATED COMPLAINT
58                             CASE NO. 3:15-CV-01749-L-AGS

1

## TWENTY-EIGHTH DEFENSE

2

### (Incorporation of Defenses of Others)

3    Shell adopts by reference any applicable defense pleaded by any other

4    defendant not otherwise expressly set forth herein.

5

## TWENTY-NINTH DEFENSE

6

### (Reservation Of Other Defenses)

7    Shell reserves the right to assert other defenses as this action proceeds up to

8    and including the time of trial.

9

10    **WHEREFORE**, Equilon Enterprises LLC (D/B/A Shell Oil Products US)

11    prays that:

12    1.    The Court dismiss with prejudice Plaintiffs' Complaint;

13    2.    Plaintiffs recover no relief of any kind against Equilon Enterprises

14    LLC (D/B/A Shell Oil Products US);

15    3.    Equilon Enterprises LLC (D/B/A Shell Oil Products US) have and

16    recover their respective costs of suit against Plaintiffs and each of them; and

17    4.    The Court award to Equilon Enterprises LLC (D/B/A Shell Oil

18    Products US) such further relief as may be appropriate.

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT EQUILON ENTERPRISES LLC (D/B/A SHELL OIL PRODUCTS US)'S
ANSWER TO CONSOLIDATED COMPLAINT
59                                        CASE NO. 3:15-CV-01749-L-AGS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

Dated: June 24, 2019                    Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP
KENT M. ROGER
COLIN C. WEST
MINNA L. NARANJO
RISHI P. SATIA


By_____/s/ Kent M. Roger_____
   Kent M. Roger
   Attorneys for Defendant
   EQUILON ENTERPRISES LLC
   (D/B/A SHELL OIL PRODUCTS
   US)

1

## CERTIFICATE OF SERVICE

2          I, Donna M. Gilliland, declare as follows:

3          1.      I am over the age of 18 years, and not a party to the action; and I am

4   employed in the County of San Francisco, California.  My business address is One

5   Market, Spear Street Tower, San Francisco, CA  94105.

6          2.      On June 24, 2019, I served the following document entitled:

7   **DEFENDANT EQUILON ENTERPRISES LLC (D/B/A SHELL**
    **OIL PRODUCTS US)'S ANSWER TO CONSOLIDATED**
8   **COMPLAINT FOR VIOLATIONS OF CALIFORNIA'S**
9   **CARTWRIGHT ACT AND UNFAIR COMPETITION LAW**

10  on the interested parties in this action, by presenting the foregoing to the

11  Clerk of the Court for filing and uploading to the CM/ECF system which

12  will send notification of such filing to registered recipients for this case.

13         I declare that I am employed by the office of a member of the bar of

14  this court at whose direction the service was made.

15         Executed on this 24th day of June, 2019 at San Francisco, California.

16

17                                      */s/ Donna M. Gilliland*
                                        _____
18                                      Donna M. Gilliland

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

CERTIFICATE OF SERVICE

CASE NO. 18-CV-01374-L-AGS