UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERSIAN GULF INC., Individually and on Behalf of All Other Similarly Situated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>BP WEST COAST PRODUCTS LLC, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No.: 18-CV-1374 TWR (AGS)<br><br>**AMENDED ORDER GRANTING IN PART AND DENYING IN PART MOTIONS TO FILE DOCUMENTS UNDER SEAL**<br><br>(ECF Nos. 328, 329, 338, 340, 344, 345) |
| RICHARD BARTLETT, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>BP WEST COAST PRODUCTS LLC, et al.<br><br>　　　　　　　　　　　Defendants. | |

Presently before the Court are Plaintiffs Persian Gulf Inc., David Rinaldi, Joshua Ebright, and Paul Lee's (ECF Nos. 328, 344) and Defendant Phillips 66's (ECF No. 338) unopposed Motions for Leave to File Under Seal (the "Motions") certain documents (ECF

Nos. 329, 340, 345) filed in support of their briefing on Plaintiffs' Motion Pursuant to Rule 72(a) Objection to July 17, 2020 Order on Plaintiffs' Motion Regarding Defendant Phillips 66's Request to Claw Back Document (ECF No. 327), which the Honorable Dana M. Sabraw denied on September 18, 2020. (*See* ECF No. 354.) Having carefully reviewed the Parties' arguments, the proposed sealed documents (ECF Nos. 329, 340, 345), and the law, the Court **GRANTS IN PART AND DENIES IN PART** the Motions as follows.

"A party moving to seal a document attached to a non-dispositive motion, such as the Objections to the discovery order at issue here, must make a 'particularized showing' of 'good cause' for the sealing request." *Al Otro Lado, Inc. v. Wolf*, No. 17-CV-02366-BAS-KSC, 2020 WL 5422784, at *4 (S.D. Cal. Sept. 10, 2020) (quoting *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006)). This requires the moving party to "make a particularized showing of good cause with respect to each individual document." *SmartMetric, Inc. v. Mastercard Int'l, Inc.*, No. CV117126MWFAJWX, 2013 WL 12114448, at *2 (C.D. Cal. Nov. 1, 2013) (citing *San Jose Mercury News, Inc. v. U.S. Dist. Ct.*, 187 F.3d 1096, 1102 (9th Cir. 1999)).

Here, the Parties rely solely on the fact that all of the documents they seek to file under seal were designated "Confidential" or "Confidential – For Counsel Only" pursuant to the February 4, 2019 Protective Order (ECF No. 184). (*See* ECF No. 344 at 1; ECF No. 338 at 2; ECF No. 344 at 1.) Such "perfunctory assertion[s]" do not suffice. *See SmartMetric, Inc.*, 2013 WL 12114448, at *2. Further, Magistrate Judge Andrew G. Schopler denied Defendant's request to file under seal Exhibits A and B (previously filed as Exhibits 3 and 4 in support of ECF No. 301). (*See* ECF No. 317.) The Court therefore **DENIES** the Motions to the extent they seek leave to file Exhibits A and B under seal or those portions of memoranda relying on or quoting from those documents. *See, e.g.*, *Al Otro Lado, Inc.*, 2020 WL 5422784, at *4 (relying on the magistrate judge's prior finding as to good cause).

Magistrate Judge Schopler, however, granted Plaintiffs' request to file under seal Exhibit D (previously filed as Exhibit 8 to ECF No. 304), as well as the underlying

document, PSXPGI00145902–05 (previously filed as Exhibit 2 to ECF No. 302 and Exhibit 1 to ECF No. 304). (*See* ECF No. 317.) Based on Magistrate Judge Schopler's previous finding of good cause, the Court therefore **GRANTS** the Motions to file under seal Exhibit D and those portions of memoranda relying on or quoting from that document or PSXPGI00145902–05. *See, e.g.*, *Al Otro Lado, Inc.*, 2020 WL 5422784, at *4.

In light of the foregoing, the Court **GRANTS IN PART AND DENIES IN PART** Plaintiffs' (ECF Nos. 328, 344) and Defendant's (ECF No. 338) Motions. Specifically, the Court **GRANTS** Plaintiffs' Motion (ECF No. 328) as to Exhibit D (ECF No. 329-3) and **GRANTS** Plaintiffs' (ECF Nos. 328, 344) and Defendant's (ECF No. 338) Motions as to those portions of the Parties memoranda (ECF Nos. 329, 340, 345) quoting from Exhibit D or PSXPGI00145902–05. Accordingly, the Clerk of Court **SHALL FILE UNDER SEAL** ECF No. 329-3. The Court **DENIES**, however, Plaintiffs' Motion (ECF No. 328) as to Exhibits A and B (ECF Nos. 329-1–2) and **DENIES** Plaintiffs' (ECF Nos. 328, 344) and Defendant's (ECF No. 338) Motions to the extent they seek to file under seal those portions of their memoranda (ECF Nos. 329, 340, 345) quoting from Exhibits A and B. On or before November 13, 2020, Plaintiff **SHALL PUBLICLY FILE** Exhibits A and B (ECF Nos. 329-1–2), and the Parties either (1) **SHALL RENEW** their requests to file under seal only those portions of their memoranda that rely upon or quote from Exhibit D or PSXPGI00145902–05; or (2) **SHALL PUBLICLY FILE** ECF Nos. 329, 340, and 345 in their entirety.

**IT IS SO ORDERED.**

Dated: November 6, 2020

Honorable Todd W. Robinson
United States District Court