UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERSIAN GULF INC., Individually and on Behalf of All Other Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>BP WEST COAST PRODUCTS LLC, et al.,<br><br>　　　　　　　　　　Defendants.<br><br>RICHARD BARTLETT, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>BP WEST COAST PRODUCTS LLC, et al.<br><br>　　　　　　　　　　Defendants. | Case No.: 15-CV-1749 TWR (AGS)<br><br>Lead Case No. 18-CV-1374 TWR (AGS) (consolidated with Case No. 18-CV-1377 TWR (AGS))<br><br>**ORDER GRANTING JOINT MOTION AND STIPULATION RE PROTOCOLS FOR MOTIONS FOR SUMMARY JUDGMENT AND DAUBERT MOTIONS**<br><br>(No. 15-CV-1749 ECF No. 588; No. 18-CV-1374 ECF No. 435) |

　　　Presently before the Court is the Joint Motion and Stipulation re Protocol for Summary Judgment and Daubert Motions ("Joint Mot.," No. 15-CV-1749 ECF No. 588 & No. 18-CV-1374 ECF No. 435) filed by Plaintiff Persian Gulf Inc.; Consumer Plaintiffs

David Rinaldi, Joshua Ebright, and Paul Lee; and Defendants BP West Coast Products LLC ("BP"); Chevron U.S.A. Inc. ("CUSA"); Tesoro Refining & Marketing Company LLC ("Tesoro"); Equilon Enterprises LLC (d/b/a Shell Oil Products US) ("Shell"); Exxon Mobil Corporation and ExxonMobil Refining & Supply Co. ("ExxonMobil"); Valero Marketing and Supply Company ("Valero"); and Phillips 66 and Alon USA Energy, Inc. ("Alon").

Good cause appearing, the Court **GRANTS** the Joint Motion. As stipulated among the Parties, any motions for summary judgment to be filed by the Parties regarding claims asserted by Plaintiff Persian Gulf Inc. (Lead Case No. 18-CV-1374 TWR (AGS)) and the Consumer Plaintiffs (Case No. 18-CV-1377 TWR (AGS)) **SHALL BE SUBJECT** to the following protocols:

1. Defendants CUSA, Phillips 66, Shell, and Valero **MAY FILE** a joint memorandum to address issues common to all Defendants (the "Joint Memorandum"), which **SHALL NOT EXCEED** sixty (60) pages for the opening and opposition briefs and thirty (30) pages for the reply brief;

2. Defendants BP, ExxonMobil, Alon, and Tesoro **MAY EACH FILE** supplemental briefs or separate motions and memoranda addressing legal and factual issues specific to them or not covered in the Joint Memorandum and **SHALL USE** the notice of joinder procedure as appropriate, with such briefs or separate motions and memoranda **TO BE LIMITED** as follows:

   a. Defendants BP and ExxonMobil **MAY FILE** a notice of joinder in the Joint Memorandum and supplemental briefs not to exceed ten (10) pages each;

   b. Defendants Alon and Tesoro **MAY FILE** separate motions for summary judgment and supporting memoranda not to exceed twenty (20) pages each and notices of joinder in the Joint Memorandum as appropriate; and

   c. The page limits for any opposition brief for a supplemental brief or separate motion and memoranda **SHALL BE THE SAME** as the number of pages in the opening brief; and

3.  Any motion for summary judgment by Plaintiffs **SHALL BE JOINT** and **SHALL NOT EXCEED** sixty (60) pages for the opening and opposition briefs and thirty (30) pages for the reply brief.

As further stipulated among the Parties, the Parties each **MAY FILE** two separate *Daubert* motions: one to address the opinions of liability experts, and one to address the opinions of damages experts. The *Daubert* motions **MAY BE BRIEFED** separately from the summary judgment motions, and any *Daubert* motions to be filed by the Parties **SHALL BE SUBJECT** to the following limits:

1.  Briefing on the Parties' *Daubert* motion regarding the Parties' liability experts **SHALL COMPLY** with the page limits set forth in Civil Local Rule 7.1.h; and

2.  Briefing on the Parties' *Daubert* motion regarding the Parties' damages experts **SHALL NOT EXCEED** thirty-five (35) pages for the opening and opposition brief and twenty (20) pages for the reply brief.

Finally, the Court **SETS** a hearing on the motions for summary judgment and *Daubert* motions for July 28, 2021 at 1:30 p.m. in Courtroom 3A. As stipulated among the Parties, the motions **SHALL BE BRIEFED** on the following schedule:

1.  Opening briefs **SHALL BE FILED** by April 2, 2021;

2.  Opposition briefs **SHALL BE FILED** by May 28, 2021; and

3.  Reply briefs **SHALL BE FILED** by July 2, 2021.

**IT IS SO ORDERED.**

Dated: March 16, 2021

_____
Honorable Todd W. Robinson
United States District Court