MORGAN, LEWIS & BOCKIUS LLP
Kent M. Roger (SBN 95987)
kent.roger@morganlewis.com
Minna L. Naranjo (SBN 259005)
minna.naranjo@morganlewis.com
One Market, Spear Street Tower
San Francisco, California 94105
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

*Attorneys for Defendant Equilon Enterprises LLC (d/b/a Shell Oil Products US)*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERSIAN GULF INC., <br><br> Plaintiff, <br><br> v. <br><br> BP WEST COAST PRODUCTS LLC et al., <br><br> Defendants. <br><br><br> RICHARD BARTLETT et al. <br><br> Plaintiffs, <br><br> v. <br><br> BP WEST COAST PRODUCTS LLC et al. <br><br> Defendants. | Case No. 15-cv-01749-TWR-AGS <br><br> **CLASS ACTION** <br><br> **DECLARATION OF MINNA L. NARANJO IN SUPPORT OF EQUILON ENTERPRISES LLC'S (D/B/A SHELL OIL PRODUCTS US) OPPOSITION TO PLAINTIFFS' MOTION FOR FURTHER SANCTIONS** <br><br> Lead Case No. 18-cv-01374-TWR-AGS (consolidated with No. 18-cv-01377-TWR-AGS <br><br> **CLASS ACTION** <br><br> Date: September 2, 2021 <br> Time: 4:00 pm <br> Location: 5C <br> Judge: Andrew G. Schopler |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3:15-cv-01749-TWR-AGS
3:18-cv-01374-TWR-AGS
DECLARATION OF MINNA L. NARANJO

I, Minna L. Naranjo, hereby declare as follows:

1. I am an attorney admitted to practice before the courts of the State of California and this District Court. I am a partner with Morgan, Lewis & Bockius LLP, counsel for Defendant Equilon Enterprises LLC (d/b/a Shell Oil Products US) ("Shell") in this action. I make this declaration in support of Shell's Opposition to Plaintiff Persian Gulf Inc.'s Motion for Further Sanctions. I have personal knowledge of the facts set forth herein, and if sworn, I could and would competently testify to them.

2. As outside counsel for Shell in this litigation, I have been directly involved in discovery in this case, including meet-and-confer discussions with Plaintiffs' counsel.

3. At no time did I represent to Plaintiffs' counsel that Shell had issued only two mobile devices for Mike Kavalinas for the entire discovery relevant time period or that only two mobile devices were subject to incidences of lost data. On meet and confer calls with Plaintiffs' counsel, my co-counsel Kent Roger and I represented that Shell was *aware* of two devices for which there was lost data, based on what Mr. Kavalinas reported from his recollection: one that Mr. Kavalinas stated he had dropped in the water, and one that Mr. Kavalinas stated he turned in to Shell when it stopped working.

4. Neither in October 2020 nor at any time before Plaintiffs filed their first motion for sanctions did I tell their counsel that Shell had located the phone that Kavalinas had turned in or that Shell was testing that device for processing and production or at all. Mr. Roger and I told Plaintiffs' counsel that Shell was attempting to track down the phone that Mr. Kavalinas had turned in in order to determine whether it could be processed for production of its texts.

Morgan, Lewis & Bockius LLP
Attorneys at Law
San Francisco

1  I declare under penalty of perjury under the laws of the United States of America
2  that the forgoing is true and correct and that this declaration was executed on
3  August 19, 2021.

                                      Minna L. Naranjo

Morgan, Lewis & Bockius LLP
Attorneys at Law
San Francisco

3
DECLARATION OF MINNA NARANJO

3:15-CV-01749-TWR-AGS
3:18-cv-01374-TWR-AGS