1  MORGAN, LEWIS & BOCKIUS LLP
   Kent M. Roger (SBN 95987)
2  kent.roger@morganlewis.com
   Minna L. Naranjo (SBN 259005)
3  minna.naranjo@morganlewis.com
   One Market, Spear Street Tower
4  San Francisco, California 94105
   Telephone: (415) 442-1000
5  Facsimile: (415) 442-1001
6
7  *Attorneys for Defendant Equilon Enterprises
   LLC (d/b/a Shell Oil Products US)*
8
9
10                 UNITED STATES DISTRICT COURT
11            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERSIAN GULF INC., | Case No. 15-cv-01749-TWR-AGS |
| Plaintiff, | **CLASS ACTION** |
| v. | **SUPPLEMENTAL DECLARATION OF MICHAEL KAVALINAS IN SUPPORT OF EQUILON ENTERPRISES LLC'S (D/B/A SHELL OIL PRODUCTS US) OPPOSITION TO PLAINTIFF'S MOTION FOR FURTHER SANCTIONS** |
| BP WEST COAST PRODUCTS LLC et al., | |
| Defendants. | |
| | |
| RICHARD BARTLETT et al. | Lead Case No. 18-cv-01374-TWR-AGS (consolidated with No. 18-cv-01377-TWR-AGS) |
| Plaintiffs, | **CLASS ACTION** |
| v. | Date: September 2, 2021 |
| BP WEST COAST PRODUCTS LLC et al. | Time: 4:00 pm |
| Defendants. | Location: 5C |
| | Judge: Andrew G. Schopler |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3:15-cv-01749-TWR-AGS
3:18-cv-01374-TWR-AGS
SUPPLEMENTAL DECLARATION OF MICHAEL KAVALINAS

I, Michael Kavalinas, hereby declare as follows:

1. I am a senior trader for Shell Trading US Company ("Shell") responsible for PADD 2 and PADD 5, which includes among other regions, the U.S. west coast. I have personal knowledge of the facts set forth below, and, if called as a witness, I could and would testify competently to these facts under oath.

2. I did not intentionally delete text messages related to my role as a west coast gasoline trader from any mobile device that Shell issued to me. I also have no knowledge whether or not any text messages related to my role as west coast gasoline trader were deleted or are otherwise missing from any such Shell-issued mobile device. If any text messages are missing from a mobile device that Shell issued to me, I am unaware of any explanation for how that would have occurred.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct and that this declaration was executed on August 18, 2021.

_____
Michael Kavalinas

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2
SUPPLEMENTAL DECLARATION OF MICHAEL KAVALINAS

3:15-CV-01749-TWR-AGS
3:18-cv-01374-TWR-AGS