MORGAN, LEWIS & BOCKIUS LLP
Kent M. Roger (SBN 95987)
kent.roger@morganlewis.com
Minna L. Naranjo (SBN 259005)
minna.naranjo@morganlewis.com
One Market, Spear Street Tower
San Francisco, California 94105
Telephone:  (415) 442-1000
Facsimile:   (415) 442-1001

*Attorneys for Defendant Equilon Enterprises LLC (d/b/a Shell Oil Products US)*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERSIAN GULF INC., <br><br> Plaintiff, <br><br> v. <br><br> BP WEST COAST PRODUCTS LLC et al., <br><br> Defendants. <br><br><br> RICHARD BARTLETT et al. <br><br> Plaintiffs, <br><br> v. <br><br> BP WEST COAST PRODUCTS LLC et al. <br><br> Defendants. | Case No. 15-cv-01749-TWR-AGS <br><br> **CLASS ACTION** <br><br> **SUPPLEMENTAL DECLARATION OF CORRINE GRANEY IN SUPPORT OF EQUILON ENTERPRISES LLC'S (D/B/A SHELL OIL PRODUCTS US) OPPOSITION TO PLAINTIFF'S MOTION FOR FURTHER SANCTIONS** <br><br> Lead Case No. 18-cv-01374-TWR-AGS (consolidated with No. 18-cv-01377-TWR-AGS <br><br> **CLASS ACTION** <br><br> Date:       September 2, 2021 <br> Time:       4:00 pm <br> Location:  5C <br> Judge:      Andrew G. Schopler |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SUPPLEMENTAL DECLARATION OF CORRINE GRANEY

3:15-cv-01749-TWR-AGS
3:18-cv-01374-TWR-AGS

I, Corrine Graney, hereby declare as follows:

1.  I am currently the E-Discovery Lead in the Incident Management department of the Shell Trading US Company's ("Shell") eDiscovery team. I have been employed by Shell since 2011 and have worked on Shell's eDiscovery Team for the entirety of my employment. I am responsible for the collection of ESI from traders in connection with litigation. Unless otherwise noted, I have personal knowledge of the facts set forth below, and, if called as a witness, I could and would testify competently to these facts under oath.

2.  On August 4, 2021, I was made aware of a box containing used cell phones that I shortly after learned had been stored by a Trader Support team member who had been supporting the replacement of mostly broken cell phones that had been used by Shell traders in approximately 2018 and 2019. I also learned that the team member was cleaning out her cabinet from her work desk on the trading floor due to a position change and she found the phones. I picked up that set on August 9.

3.  On August 12, 2021, I sent to Shell's forensics vendor EPIQ, 50 phones from groups of phones I had collected, including the group of phones described above, and also from the group that had been located in March (from which texts from the phones that had been identified as used by Jeff Marino and Mike Kavalinas were produced to Plaintiffs after the March 16 court hearing). The group of 50 phones sent to EPIQ had no labels, marks or other identifying information on them that could be connected back to the custodian Mike Kavalinas, even with his help to review photographs of the most unique phones. They were selected to send to EPIQ based solely on the fact that they could not be eliminated as being a used Kavalinas phone, based on their age, iPhone model generation, unique phone color, very unique phone cases, or distinctive phone attachments, etc. EPIQ received this set of 50 on August 13.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2
SUPPLEMENTAL DECLARATION OF CORRINE GRANEY

3:15-CV-01749-TWR-AGS
3:18-cv-01374-TWR-AGS

4. On August 17, 2021, EPIQ communicated that a phone I had labeled Shell ID 2021-03-HOU-003F unlocks with one of passcodes Mike Kavalinas provided and is registered to the Mike Kavalinas' iCloud account. EPIQ is extracting texts from that phone for production to Plaintiffs. Preliminarily, EPIQ has reported that the phone is an iPhone 7 that was first set up and used on or about March 12, 2018 and that its text message dates range from March 12, 2018 to March 26, 2018.

5. I determined from my review of Shell Compliance Center emails that Mike Kavalinas had requested a replacement of his phone on March 8, 2018 and that a temporary phone was offered to him until a replacement phone would arrive in approximately ten days. That is consistent with there being only two weeks of texts on this phone.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct and that this declaration was executed on August 19, 2021.

_____
Corrine Graney

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3
SUPPLEMENTAL DECLARATION OF CORRINE GRANEY

3:15-CV-01749-TWR-AGS
3:18-cv-01374-TWR-AGS